# Exhibit 1

**Chart of Similarities**

| Story | 2022 Sequel |
|---|---|
| • Story singles out and focuses on two jocular, up-and-coming lieutenants competing to make names for themselves at the "Top Gun" aerial combat school who became close friends and a team, sharing the cockpit of state-of-the-art fighter jet: Alex a.k.a. "Yogi" a hotshot pilot and Dave a.k.a. "Possum," his radar intercept officer ("RIO"). | • 1986 Film[1] focused on two jocular, up-and-coming lieutenants competing to make names for themselves at the "Top Gun" aerial combat school who became close friends and a team, sharing the cockpit of state-of-the-art fighter jet: Pete a.k.a. "Maverick" a hotshot pilot and Nick a.k.a. "Goose," his RIO, who dies in a flying accident. 2022 Sequel features hotshot pilot, Maverick, now older, and a key story element is his friendship with Goose, depicted in flashbacks and photos. Goose's legacy is also brought back in the form of his son, "Rooster," a Top Gun graduate. |
| • Yogi (age 26) is single and is described as having dark hair and movie star good looks. Possum (age 25) is "married [to] his high school sweetheart," Lisa, and is described as having wavy light brown hair and a mustache. | • In 1986 Film, Maverick is single, mid-twenties, good-looking (Tom Cruise), and Goose is married, with wavy light brown hair and a mustache. 2022 Sequel revolves around Maverick's memories and guilt re: Goose, Goose's wife, and their son, Rooster (wavy light-brown hair and a mustache). |
| • Yogi and Possum are portrayed as close "family": Possum "will spend more hours of [his] married years with Yogi that with [his wife]." | • Maverick and Goose are portrayed as close "family" in the 1986 Film and 2022 Sequel, and Maverick treats Rooster like a son. |

---

[1] The 1986 Film is referenced with the 2022 Sequel when this provides context for understanding the similarity in the 2022 Sequel. Otherwise, if not separately delineated, the similarities below refer to the 2022 Sequel.

EXHIBIT 1

- 17 -

| **Story** | **2022 Sequel** |
|---|---|
| • Yogi wanted to fly since he was a young boy. | • Maverick and Rooster wanted to fly since they were young. |
| • Yogi is enamored with high-intensity flying of the fastest fighter jets. He "wanted to fly ever since he was twelve." It "blew his mind," "but there was [an] admission price to the land of the giants." To fly the best fighter jets, he had to be the best ("only by being at the top of the Class could I get my choice of flying fighters, and get to fly F-14s."). | • Maverick is enamored with high-intensity flying of the fastest fighter jets. Flying is all he ever wanted to do. He strived to be and was at the top of his class. 1986 Film portrays him this way and 2022 Sequel has him continually striving to be the very best of the best. |
| • "Yogi was still in junior high school when he realized that flying straight and level might be okay for some people, but if you like yanking and banking–the feeling of riding inside one of those storm-in-a-bottle souvenirs–then there's just one place for you, and that's the cockpit of a fighter plane." | • It is clear in the 1986 Film and 2022 Sequel that the only place where Maverick is truly at home is inside the cockpit of a fighter jet. In the 2022 Sequel, when he may have to give up flying fighter jets, it is like his whole world is being taken away and he can hardly fathom life without it. |
| • Yogi is portrayed as being seriously focused and dedicated to continually improving his fighter-jet flying, combat, and tactical skills. | • Maverick is seriously focused on cutting-edge flying and tactical skills in both the 1986 Film and 2022 Sequel and continuously pushes his own (and the Navy's) limits (e.g., forcing newest hypersonic plane to speeds exceeding Mach 10). |
| • "Just getting to [Top Gun, Miramar's Navy Fighter Weapons School] was the ultimate break. Only the best young flyers in a squadron ever make it, and they have already raced past most fighter pilots their age. If they play it right and look sharp, they might | • In 2022 Sequel, Maverick, now legendary, is invited back to Top Gun as an instructor to train former graduates, the best-of-the-best fighter pilots, who have already raced past most other fighter pilots. |

EXHIBIT 1

- 18 -

| Story | 2022 Sequel |
|---|---|
| even get invited back as Top Gun instructors -- which is as high as a fighter pilot can get." | |
| • "The first thing they see" when Yogi and Possum enter the Naval Air Station is a sign that says "WELCOME TO FIGHTERTOWN U.S.A." | • When Maverick enters the Top Gun Naval Air Station, camera focuses on a sign that says "WELCOME TO FIGHTERTOWN U.S.A." |
| • The Naval Air Station, despite its supersonic, high-tech jets, is portrayed as evoking 1950s post-war nostalgia: "Like the notion of the single-combat warrior, there is something slightly nostalgic about Naval Air Station Miramar. At night the darkened base could be mistaken for an old From Here to Eternity set, and even earlier in the day, when the base is bustling, it is enveloped in a time warp of unreality." | • Despite its hypersonic, high-tech jets, the Naval Air Station and interaction between the pilots is depicted with 1950s post-war nostalgia and romanticized, as if in a time warp. |
| • The Story is set at the "Top Gun" school at the Naval Air Station in Miramar, CA, which is close to the Pacific Ocean and beach. | • The setting of the 2022 Sequel, which takes place in the present, is nonetheless a Top Gun school at a Naval Air Station near the ocean and beach, even though the actual "Top Gun" school moved in 1996 from Miramar, CA to land-locked Fallon, NV. |
| • Yogi and Possum form a crew and, along with several other crews, form a fighter squadron, the "Wolfpack." After their training they will become part of a battle-ready squadron. "For as long as they remain in battle the Wolfpack will be their home and family, security blanket and confessional circle." | • In 1986 Film, Maverick and Goose form a crew and, along with other top crews, comprise a fighter squadron. In 2022 Sequel Maverick instructs top crews comprising a fighter squadron, which he leads. The squadron is portrayed as a close-knit family, involved with, and reliant on, one another. |

EXHIBIT 1

- 19 -

| **Story** | **2022 Sequel** |
|---|---|
| • Emphasizes playful nicknames of lead characters, "Yogi" and "Possum," and others (e.g., "Heater," "Tiger One," "Ratchet"). | • Emphasizes playful nicknames of lead characters, "Maverick," "Rooster" ("Goose's" son) and of others, whose nicknames are sources of comedic relief (e.g., "Baby on Board 'Bob,'" "Hangman"). |
| • True grit, American-style, and patriotism pervade the Story. | • True grit, American-style, and patriotism pervade the 1986 Film and 2022 Sequel. |
| • "Top Gun's hotshot aces have virtually revolutionized the fighter pilot business and . . . established themselves as the international masters of the deadly art of air-to-air combat." | • To form an elite squadron, the Navy assembles the No. 1 Top Gun graduates in each class who have established themselves as the masters of the deadly art of air-to-air combat. |
| • Features Top Gun graduate, Randy Cunningham, as legendary because he not only downed "three MiGs [Russian fighter jets] in one day, but because those three took them over the magic five-kill line to make him the first official ace." | • Maverick is legendary for being the only pilot to shoot down three MiGs in one day, shown in the 1986 Film, and touted in the 2022 Sequel, where, after Maverick shoots down two more enemy jets, it is touted that this takes him over the five-kill line to make him the first official Top Gun "ace." |
| • Emphasizes those fighter jet instructors who "could speak with the authority of actual combat experience." | • Maverick's extreme combat experience is compared to the elite pilots' lack of actual combat experience. |
| • "At Top Gun, back in those postwar days, everybody was hot. So hot that the place sizzled even when nothing was happening. So hot that a lot of people suggested that even Randy Cunningham didn't truly belong there. Not that he wasn't a great fighter pilot. His three-MiG day was awesome." | • When Maverick first shows up at the Naval Air Station, the Admiral in command conveys that he is a thing of the past, a dinosaur. And despite Maverick's legendary status and three-MiG day, the new elite fighter jocks refer to him as "Pops" or "Old Man." |

EXHIBIT 1
- 20 -

| Story | 2022 Sequel |
|---|---|
| • Portrays an aviation "caste system" with "dividing lines drawn like the circles around the bull's eye." On the outside, bomber pilots, next attack pilots who charge at ground targets. "In the inner rings, where fighter pilots belong, there are finer distinctions that only the pilots themselves can discern, until one tiny circle is left at the center, the bull's-eye, where the elite of the fighter elite stand in glorious isolation. The greatest of the greats, the makers of legends–the 'shit-hots.'" | • To form a squadron for a special mission, the top Top Gun graduates gather for training by Maverick, a fighter-pilot referred to as "legendary." It is repeatedly emphasized that they are the fighter elites, the best of the best, they are hotshots. When Maverick first encounters the cockiest of them all, Hangman, he is throwing darts, consistently landing three-out-of-three *in the bull's-eye*. |
| • "[T]his fighter pilot's Valhalla almost came to an end in late 1977, when a new Admiral assumed command of the Naval Air Station and set out to restore discipline and naval decorum . . . Suddenly the old peacetime regulations were being enforced, and before long the hotshots began to leave." | • Instead of hailing Maverick as a hero, the Admiral at Top Gun makes clear that irreverent hotshots like Maverick have no place in his Navy, and the Vice Admiral under him values rules and regulations above the need of a top fighter pilot like Maverick to adapt quickly and instinctually to win. |
| • Notes that the Top Gun's dark ages lasted until the rigid Admiral was replaced by another who "was a fighter pilot's pilot . . . A sigh of relief swept the fighter jock community, but by then so many of the original hotshots had left that hardly anybody with any war experience was available for a Top Gun instruction post." | • Despite the disdain of the rigid Admiral, Maverick is asked to report to Top Gun to fill an instructor post to train the elite squadron because another Admiral (Iceman in the 1986 Film), a fighter pilot's pilot, who flew combat missions with Maverick, recognizes his value and war experience. |

EXHIBIT 1
- 21 -

| **Story** | **2022 Sequel** |
|---|---|
| • "IF WAR BROKE OUT AND THIS country's aviators were ready for it, it would be a first, and the credit would belong entirely to Top Gun." | • Top Gun Air Station is where the Navy chose to assemble the elite fighter-jet squadron comprised of the best-of-the-best aviators to accomplish a seemingly impossible mission in enemy territory. |
| • "Fightertown . . . the entire mission . . . is to primp and fuss . . . [over] fighter jocks so that when the time comes and they're staring down the missile racks of [enemy jets], they are primed and ready." | • The Top Gun command primps and fusses over these best-of-the-best fighter jocks so they are primed and ready for a difficult mission. |
| • Top Gun fighter pilots are portrayed romantically as elite knights with a special code of honor, jousting in shining armor. "If Miramar is a fighter pilot's Camelot, then [] Top Gun . . . is King Arthur's Round Table, the gathering of the greatest of the greats in fighter aviation." | • The greatest fighter pilots are assembled and, along with Maverick, their legendary leader, are portrayed romantically as elite crusaders, with a special code of honor. |
| • Aerial combat training is portrayed as very competitive and Yogi, as extremely competitive: "In this business you hate to lose . . . and getting shot is synonymous with losing." | • Aerial combat training is portrayed as very competitive and Maverick, as extremely competitive, even as he returns to Top Gun as a much older instructor. |
| • Fighter crews are crestfallen when they are outmaneuvered and "shot down" in training. "You feel just like kicking yourself in the butt," Possum says. | • Fighter crews are crestfallen when they are outmaneuvered and "shot down" in training. |
| • Failed aerial combat maneuver by Yogi and Possum is followed by serious tactical discussions between them in the briefing room. | • Failed aerial combat maneuvers by the elite fighters are followed by debriefing and tactical analysis in the classroom. |

EXHIBIT 1
- 22 -

| Story | 2022 Sequel |
|---|---|
| • "Say you're entering bogey [enemy] country. To find out what's ahead, push the air-to-air weapon select button with your right thumb. (This is basically an 'on' switch-your head-up display and digital display indicators are now operating." | • Features closeup of pilots pushing the air-to-air weapon select button with the pilots' right thumbs. |
| • Emphasizes, the fighter jet's "right-hand digital display indicator. If there's a bogey [enemy plane] out there, it will appear on this screen as a small black square. To lock your radar onto its tail, press the throttle's acquisition button until the screen's acquisition symbol (two parallel vertical lines) brackets the target. Suddenly the acquisition symbol disappears, and a numbered aiming circle appears around the black square–this tells you at a glance how fast, how high, and in what direction the bogey is going . . . Pull the stick's missile release or gun trigger with your right index finger. Bingo." | • Repeated camera closeups of similar controls and functions in the fighter jets during elite squadron's combat training and mission. |
| • Emphasizes the afterburner in top fighter jets, an engine component that, at the pull of a throttle, burns huge amounts of fuel at incredible speed, resulting in a burst of raw power that no ordinary jet engine can duplicate and only a fighter needs. | • Repeated shots of pilots pulling the throttle of their top fighter jets causing a huge burst of raw engine power. |
| • Flying is depicted with weightless fluidity: "they're floating in their glass bubble through a . . . blue on blue crystal morning . . . Yogi whips the stick . . . from side to side and the plane rolls this way and that, letting him and Possum spot anybody making | • Flying is depicted with weightless fluidity in a vast blue expanse, with little distinction between up or down, left and right, as glistening silver fighter jets angle, roll, and rocket through the sky. |

EXHIBIT 1
- 23 -

| Story | 2022 Sequel |
|---|---|
| for their tail. From where they sit, however, it's not their silver rocket that's rocking but the entire vast blue dome of sea and sky. There are no ups or downs up here, no rights or lefts, just a barely perceptible line separating one blue from another, and that line is spinning and racing like mad in the distance." | |
| • Portrayal of aerial combat training as edgy and intense, and emphasizes that the slightest mistake can be deadly and cost lives. "You wish you could do it over again . . . but in the real world you're not going to get a second chance." | • Portrayal of aerial combat training as edgy and intense, and emphasized that the slightest mistake can be deadly and cost lives. Similar statements by Maverick and other pilots. |
| • Aerial combat training is portrayed as rigorous, and of life-or-death importance. "'You fight like you train, so you'd better train like you're going to fight,' fighter pilots like to say." | • Aerial combat training is portrayed as rigorous, and of life-or-death importance. Similar statements in the 2022 Sequel. |
| • "[Yogi and Possum] spent hours talking tactics in the briefing room before and after missions" and combat training sessions. | • The elite squadron and Maverick repeatedly talk tactics in the briefing room before and after aerial training and before their mission. |
| • Fighter-jet crews exhibit a machismo attitude in challenging each other (e.g., "moving up to the F-14 Tomcat meant crossing the magic line that separates the men from the boys"; "'Fight's on,' says Yogi"). | • Fighter-jet crews exhibit a machismo attitude in in challenging each other in the sky and back at the base. |
| • Training "dog fights" are portrayed as fierce, all while maintaining a collegiate team spirit. | • Training "dog fights" are portrayed as fierce, all while maintaining a collegiate team spirit. |

EXHIBIT 1
- 24 -

| **Story** | **2022 Sequel** |
|---|---|
| • Aerial combat training is portrayed by juxtaposing the ethereal beauty of the skies (the "vast blue dome of sea and sky") with jarring unpredictable action at gut-wrenching speeds. | • Aerial combat training is portrayed by juxtaposing the ethereal beauty of the skies (the "vast blue dome of sea and sky") with jarring unpredictable action at gut-wrenching speeds. |
| • Repeated references to pulling too many Gs (e.g., "When you are pulling Gs–withstanding several times the force of the earth's gravitational pull–the pressure comes from everywhere. Even your eyelids weigh several times what they normally do, and the pressure on your chest is so intense that you can hardly breathe."). | • Repeated references to and visuals of the fighter pilots and their WSO (the pilot in the rear of the cockpit) feeling the intense physical torture of pulling Gs, with particular focus on their strained faces under pressure. |
| • It is said that if you pull too many Gs repeatedly you start to black out, and to just imagine flying a jet at supersonic speeds when you have blacked out. | • One of the fighter pilots blacks out after pulling too many Gs in repeated maneuvers, and narrowly escapes death when his jet plummets toward the ground. |
| • A running theme that the sheer intensity of flying top fighter jets, "strapping on 25 tons of airplane," and pulling tortuous Gs at supersonic speeds is what adrenaline-junky top fighter pilots love and live for. | • A running theme that the sheer intensity of flying huge high-tech fighter jets, and pulling tortuous Gs at supersonic speeds is what adrenaline-junky top fighter pilots love and live for, particularly Maverick, who in a major scene pushes himself and his plane past a record-breaking Mach 10. |
| • "So, that's where it all starts. With the love of flying." | • The 2022 Sequel is a love letter to flying. |
| • "Taking off and flying through those fluffy white clumps was a near-sexual delight. It didn't last. As we . . . began dogfighting with Yogi and Possum . . . [this] was brutally shattered . . . as Yogi and Possum | • Scenes with crews cruising in the serene sky until suddenly their tranquility is shattered by a fighter jet *heading right toward them* causing them to breathlessly ascend in a fast, sharp climb. |

EXHIBIT 1

- 25 -

| Story | 2022 Sequel |
|---|---|
| drifted away, vanished, then turned and headed back in our direction. Suddenly Shoes whipped the stick hard . . . and before I could catch my breath or brace myself . . . he pushed the throttle and sent us into a sharp climb." | |
| • "Shoes suddenly pointed the plane nose down and went into a dive. I couldn't keep track of Yogi and Possum's plane, streaking by like flashes of metallic light and nothing more." | • Depicts fighter pilots unexpectedly turning their planes nose down in a steep dive, while dueling planes streak by like flashes of metallic light. |
| • As plane dives, "I had never, felt so useless in all my life. I had lost control of everything that was happening from one second to the next, exactly the opposite of what fighter pilots feel–and must feel–all of the time." | • Maverick demonstrates and teaches the other fighter pilots that, to succeed in their mission, their focus and control must be total and they must react instantaneously and instinctually, with no time to think. |
| • "There was more flying than they had ever had . . . one-versus-one hops (one student crew against one instructor) . . . then the tough two-versus-unknown hop, in which two crews take off not knowing . . . where the bogey [instructor "enemy" plane] will] come from . . . when the bogey rolls in and sends them home with a simulated [] shot. Before long the hops were running into each other, and Yogi and Possum noticed that something was happening to them. They were flying twice a day . . . edge-of-the-seat, hard flying, intense, mind-bending flying . . . They were being hammered into a team." | • The elite squadron engages in more rigorous back-to-back combat training than ever before. Maverick (as the instructor "enemy") takes on single crews one-on-one; then two crews are flying when Maverick rolls in behind them from nowhere, sending them home with a simulated shot. This edge-of-the-seat, hard, intense, mind-bending flying continues as the squadron is being hammered into an elite team. |

EXHIBIT 1

- 26 -

| Story | 2022 Sequel |
|---|---|
| • "Yogi and Possum were zipping along, shooting up mountains and down canyons and flying so low that it was hard to keep from staring at the ground, but they had to keep looking for bogeys." | • The mission requires the elite squadron to train and fly fast and extremely low to the ground through canyons and then to quickly shoot up mountains. |
| • "Yogi found out that his bogey had just fired a missile . . . with a heatseeking missile heading his way" he "break[s] hard–pull[s] away fast–to foul up the missile's tracking system . . . and head[s] up in a 7.5-G climb." | • When Maverick finds out that an enemy plane has just fired a heat-seeking missile which is heading his way, he brakes hard and pulls away fast to foul up the missile's tracking system and heads up in a high-G climb. |
| • Points out that at high angles of flight, not enough air flows into the engines of the top fighter jets, and they can die. | • In the 1986 Film, Goose dies after the fighter jet engine flames out as a result of poor air flow resulting in a fatal flat spin. Goose's death plays a prominent role in the 2022 Sequel which also features scenes where engines die in the middle of flight maneuvers. |
| • Points out that when faced with deadly accidents of others in training, fighter pilots have an incredible denial mechanism, and keep flying: "That none of these accidents dampened the pilots' enthusiasm for the plane is just another clue to the fighter pilot's code . . . Planes take off and land every day without accidents, so obviously it can be done." | • After Goose's tragic death in the 1986 Film (the 2022 Sequel's backstory) Maverick and the others carry on flying. In the 2022 Sequel, despite a near-deadly accident in training, the fighter pilots also exhibit this incredible denial mechanism, and just keep flying. In training the elite squadron, Maverick insists, in the face of skepticism regarding dangerous maneuvers, and then demonstrates, it can be done. |

EXHIBIT 1
- 27 -

| Story | 2022 Sequel |
|---|---|
| • Emphasizes that "accident reports that clearly demonstrate technical failures don't erase the [fighter pilot's] lingering doubt" that there must have been something he could have done but did not. | • After Goose dies in a flying accident with Maverick at the helm, Maverick, though cleared of blame in the accident report, cannot forgive himself and believes there must have been something he could have done to avoid it. This pervades the 1986 Film and the 2022 Sequel in Maverick's flashbacks and interactions with Goose's son. |
| • Crews in training are under intense time pressure and are set back if they botch training exercises. Yogi and Possum train against a ticking clock, "And now they [Yogi and Possum] have only three weeks left to make it up." | • Maverick and his elite squadron train under a ticking clock as they have only three weeks to be mission-ready. They are under intense time pressure and suffer setbacks when training exercises are botched. |
| • Emphasizes the huge price tag of each fighter jet and the cost/difficulty of obtaining parts: "the biggest problem, however, is the F-14's price." | • Vice Admiral refers to huge, multimillion-dollar cost of a top fighter jet that crashed during training, at government expense. |
| • Running theme that, with all the high-tech machinery, it still comes down to people–to a handful of courageous elite fighter-jet crews. "This is the anachronism of fighter aviation. Even in this age of remote-control, pushbutton warfare, the survival and effectiveness of the entire U.S. Pacific Fleet rests on a few dozen young men getting themselves catapulted off a flight deck and hanging it in the skies against numerically superior, land-based enemy planes." | • The Rear Admiral lectures Maverick that flyboys like him are obsolete, soon to be replaced by pushbutton drones. Maverick and the elite squadron he trained proves him wrong; that it all comes down to the skill and courage of people. Catapulted one-by-one into the sky off the flight deck of an aircraft carrier, they defeat superior land-based enemy missiles and numerically superior fighter jets against all odds. Maverick's arc shows that he still has a place in the Navy. |

EXHIBIT 1

- 28 -

| Story | 2022 Sequel |
|---|---|
| • Notes some hotshot pilots are irreverent of Navy command, and play games in the air. For instance, as legend has it, "thumping," where "a guy might be lying straight and level without a care in the world when another would come slinking behind and below, then shoot under him and go into a sharp climb right in front of his nose–not only scaring the living daylights out of him but interrupting the air currents around his wings." | • In both the 1986 Film and the 2022 Sequel, the irreverent Maverick pulls this exact same "thumping" stunt, unexpectedly scaring the living daylights out of other top fighter pilots. |
| • The hotshot fighter-jet crews, engaged in aerial showdowns, are portrayed as courageous cowboys (e.g., "At Mach 2 and 40,000 feet over California, it's always high noon."; "That's where fighter pilots such as Yogi and Possum figure in . . . to ride shotgun over the carrier's three squadrons of attack planes."). | • Maverick and some of the hotshot fighter pilots he trains are portrayed as audacious cowboys; their slick combat maneuvers and aerial showdowns further evoke and enhance the "Western" analogy. |
| • Features a stunning air maneuver, the "vertical egg," in which two planes chase each other in ever-widening vertical loops. | • In an exhilarating aerial combat training scene, two planes are engaged in this, chasing each other in ever-widening vertical loops. |
| • Describes bars with "black and yellow stripes" in F-14 cockpit: "a warning sign. Pull up and squeeze them and an explosive charge will blast you out of the cockpit and into the air, your seat will drop away, your parachute will open above, and you will float safely down to earth. *That's how the ejection seat is supposed to work if anything goes wrong with the plane, but the trouble is you can't practice with* | • Features Goose's son, Rooster, in an F-14 cockpit when the plane has been shot. Camera focuses on black and yellow striped bars. Rooster frantically pulls on the bars to eject, *but they just don't work*. And, in the 1986 Film, Goose dies when he ejects but hits his head on the F-14's canopy in the execution of the ejection steps. |

EXHIBIT 1

- 29 -

| **Story** | **2022 Sequel** |
|---|---|
| *it, only memorize a series of steps."* (emphasis added). | |
| • Prominently features "a Blue Angel 'back-to-back'" stunt where a fighter pilot flies upside down close and parallel to another jet: "pilots demonstrate the agility and grace of their 25-ton monsters." | • *Both* the 1986 Film and 2022 Sequel prominently features this daring, elegant stunt performed by Maverick. |
| • Emphasized that the Wolfpack squadron leader does "200 push-ups . . . a day" in preparation for competitive aerial combat "joust[s]." | • When the top pilots are competitively training against Maverick, they place a "bet" that whosever plane is "shot" has to do "200 push-ups," followed by Maverick's trainees repeatedly doing 200 push-ups on the tarmac. Rooster proves his worth by completing his 200 push-ups, after his superior says he can stop. |
| • "[Yogi] finished flight school at the top of his class[.]" "Yogi and Possum finished the Top Gun course . . . As their class picture went up in the briefing room . . . the news came that the Wolfpack was named top fighter squadron on the West Coast– one of only two contenders for the Admiral Clifton Award, the navy's greatest tribute to a fighter squadron." | • In 1986 Film, Maverick finishes the Top Gun course at the top of his class, and this is mentioned as well in the 2022 Sequel. Further emphasized in 2022 Sequel that each of the members of the elite squadron being assembled for the mission graduated Top Gun at the top of their class. |
| • Emphasizes wooden plaques and an inner room at Top Gun school "covered from floor to ceiling with heavily carved wooden plaques–[]like coats of arms –of the various squadrons." | • Features an inner room at Top Gun covered from floor to ceiling with carved wooden plaques, focusing on the plaque for Maverick's graduating class, showing Maverick and Goose together and a plaque featuring Iceman (now an Admiral) as No. 1 in that class. |

EXHIBIT 1

- 30 -

| **Story** | **2022 Sequel** |
|---|---|
| • Frat-boy like R & R is featured, particularly at a Top Gun bar where the pilots drink beer and carouse. "It is the Wednesday night happy hour, and the small, noisy room is packed with pumped-up fighter jocks." | • Frat-boy like R & R is featured, particularly at a crowded, noisy Top Gun bar where pumped-up fighter-jet jocks drink beer and carouse. |
| • Portrays fighter pilot jocks as cocky and sometimes reckless. Stopped by police for speeding: "'It's all right, officer, we're from California,' a tanked-up marine hotshot once told a cop who had stopped him. 'This is California,' the cop answered, and wrote him up." | • Maverick is portrayed as cocky in the face of authority figures and reckless at times. Hangman, like Maverick in his youth, is also cocky and sometimes reckless. |
| • Emphasizes that fighter pilots fraternize a lot. "They do it . . . for the same reason stunt men or [] cops or anybody else who hangs it out there for a living heads for a bar after a day's work. 'You're out there supersonic going from deck to 40,000 feet and back down to the deck, simulating killing people and getting yourself killed, handling actual emergencies, and when you finally come in and land you can't even tell your wife about it.'" | • After grueling dangerous training sessions, the fighter pilots fraternize together, bonding at the bar, playing crazy football shirtless etc. Close bond between Maverick and Goose, which ended in Goose's death, is featured, while Maverick struggles to maintain distance from his love interest given the dangers of his profession. |
| • Close camaraderie pervades the squadron, despite intense competition between the fighter jet crews. "The Wolfpack organized a bash . . . to give naval aviators back from a cruise a place to let off steam. Anything goes, including, after enough beer went down one evening, pushing all the tables together in | • Close camaraderie pervades the squadron, despite intense competition between the fighter-jet crews. In one scene at their favorite bar, Goose's son, Rooster, unplugs the juke box and plays "Great Balls of Fire" as the others boisterously chime in. In another, the crews play a crazy game of shirtless |

EXHIBIT 1
- 31 -

| **Story** | **2022 Sequel** |
|---|---|
| the shape of a carrier deck, stretching a few towels across, and doing belly landings." | tackle football where everyone plays both offense and defense. |
| • The Wolfpack squadron presents "a good-size brass bell" to the bar. "It was no ordinary bell. The Wolfpack had brought it for a purpose, to help uphold the club's bylaws, which state that a bell should be rung on two occasions–when someone walks into the club with his hat on, or when a customer finds himself behind the bar. On either occasion, the transgressor picks up the tab for everybody's drinks." | • Hanging behind the bar is a good-sized brass bell with a special purpose. As explained by the bar owner (Maverick's love interest), the bell is rung when someone breaks the house rules—no cell phones on the bar and don't disrespect a lady or the Navy. On either occasion, the transgressor (including Maverick) picks up the tab for everybody's drinks. |
| • "There were the drinking sessions . . . But most of all there was flying. Glorious flying. The greatest fighter flying in the world was taking place every day . . . as Top Gun's [] vets set out to rewrite every single fighter aviation text ever written." | • The 2022 Sequel is an homage to flying, incredible flying which we witness in the crews' combat training sessions and their actual combat mission. Maverick must rewrite the Navy's aviation rules (e.g., how low to the ground the top fighter jets can fly or how many Gs a pilot can pull in a steep ascent) to achieve the impossible mission he and his squadron must fly. |
| • As surprise R & R, the Wolfpack is presented with "a glorious sailing yacht" which they set out on. | • Maverick is taken for a surprise ride on a beautiful sailing yacht by his love interest. |
| • "[E]ven the greatest air battle is a series of individual duels–that, while a dozen pilots may blast off a carrier at one time, once they get up there they are alone, hurtling through enemy air at 750 miles an hour and tilting against tiny motes of silver that | • The squadron blasts off an aircraft carrier for their mission, but as they try to make their way back through enemy airspace, they are isolated when attacked by enemy planes and the combat scenes are just like this. |

EXHIBIT 1

- 32 -

| Story | 2022 Sequel |
|---|---|
| zoom out of the blue to become fire-spitting machines." | |
| • Describing true combat aerial "duels" "when one knight from each side would come out and they'd joust, one on a white horse and one on a black horse." | • Light silver fighter jets in the squadron engage in one-on-one duels with black enemy planes. |
| • "As they escorted the [Russian] plane away, Yogi edged up so close that he could look over and see the Russians in their cockpit, staring at him . . . He waved the way one does when someone is taking pictures, but the Russians didn't wave back–not even when Yogi's backseater took their picture." | • In the 1986 Film, Maverick flies close to and level with a Russian MiG, smiles, and takes a snapshot of the Russian pilot. In the 2022 Sequel, Maverick and his backseater, Rooster, fly close to and level with an enemy plane that is trying to escort them away, Maverick smiles and waves, but the enemy pilot does not wave back. |
| • Emphasizes that the F-14's "wings can sweep back for fast flying or open to the sides like an eagle's for landing or just for cruising around[.]" | • In the 1986 Film (where they mostly fly F-14s) this is not highlighted. But in the 2022 Sequel it is a plot point, as Maverick displays this special F-14 feature by using it to enable a very short takeoff when the runway is bombed out. |
| • Emphasizes that landing a fighter jet on an aircraft carrier in the middle of the ocean can be very challenging ("the controlled crash that is a carrier landing in the best of times . . . if you are lucky the sea is calm and the air is clear"). | • In a major scene after their mission, Maverick completes the harrowing task of landing an F-14 jet on an aircraft carrier, with his wheels shot off. |
| • A resounding affirmation of the heroism of fighter pilots. | • A resounding affirmation of the heroism of fighter pilots. |

EXHIBIT 1

- 33 -

| Story | 2022 Sequel |
|---|---|
| - "'Really great fighter pilots are like the great gunfighters in the Old West . . . They didn't have to tell anybody how great they were–all they had to do was just stand there, and the aura was such that everybody knew. It's the same here. Everybody knows.'" | - Maverick, the most legendary Top Gun pilot, is portrayed like this at the end of his arc in the movie. |

EXHIBIT 1

- 34 -