AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| SHOSH YONAY, in individual; and YUVAL YONAY, an individual <br><br> *Plaintiff(s)* <br> v. <br> PARAMOUNT PICTURES CORPORATION, a Delaware corportion; and DOES 1-10 <br><br> *Defendant(s)* | Civil Action No.  22-CV-03846-SK |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PARAMOUNT PICTURES CORPORATION, a Delaware corportion
c/o CSC - Lawyers Incorporating Service
2710 Gateway Oaks Drive, Ste. 150N
Sacramento, CA 95833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Marc Toberoff (S.B. #188547)
mtoberoff@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Kiry K. Gray
*CLERK OF COURT*

Date:   06/06/2022                                              *Signature of Clerk or Deputy Clerk*