1 | MOLLY M. LENS (S.B. #283867)
    mlens@omm.com
2 | DANIEL M. PETROCELLI (S.B. #97802)
    dpetrocelli@omm.com
3 | O'MELVENY & MYERS LLP
    1999 Avenue of the Stars, 8th Floor
4 | Los Angeles, California  90067-6035
    Telephone:    +1 310 553 6700
5 | Facsimile:    +1 310 246 6779

6 | KENDALL TURNER (S.B. #310269)
    kendallturner@omm.com
7 | O'MELVENY & MYERS LLP
    1625 I St. NW
8 | Washington, DC 20006
    Telephone:    +1 202 383 5300
9 | Facsimile:    +1 202 383 5414

10 | *Attorneys for Defendant*
     *Paramount Pictures Corp.*

11

12 | **UNITED STATES DISTRICT COURT**

13 | **CENTRAL DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| SHOSH YONAY and YUVAL YONAY, | Case No. 2:22-CV-3846-PA |
| Plaintiffs, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| v. | |
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation, and DOES 1-10, | |
| Defendants. | Complaint served:  June 17, 2022<br>Current response date:  August 16, 2022<br>New response date:  August 26, 2022 |

STIPULATION TO EXTEND TIME

Plaintiffs and Defendant Paramount Pictures Corporation ("Paramount Pictures"), through their respective counsel, hereby stipulate and agree that Paramount Pictures shall have until August 26, 2022 to respond to the complaint so that the parties can complete their pre-motion meet-and-confer efforts under Local Rule 7-3.  Pursuant to Local Rule 8-3, because this stipulation does not extend the time for more than 30 days from the initial response deadline (*i.e.* August 16, 2022), the parties agree that this stipulation need not be approved by the Court.

DATED: August 16, 2022               **O'MELVENY & MYERS LLP**

By: /s/ Molly M. Lens
    Molly M. Lens

*Attorney for Defendant
Paramount Pictures Corp.*

DATED: August 16, 2022               **TOBEROFF & ASSOCIATES, P.C.**

By: /s/ Marc Toberoff
    Marc Toberoff

Marc Toberoff
mtoberoff@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone:    (310) 246-3333
Facsimile:    (310) 246-3101

*Attorney for Plaintiffs*

Attestation

I hereby attest that all signatories listed, and on whose behalf this filing is submitted, concur in its content and have authorized its filing.

DATED: August 16, 2022          **O'MELVENY & MYERS LLP**


By:  */s/ Molly M. Lens*
     Molly M. Lens