UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-3846 PA (GJSx) | Date | September 1, 2022 |
|---|---|---|---|
| Title | Shosh Yonay, et al v. Paramount Pictures Corporation, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|
| Kamilla Sali-Suleyman | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**     **IN CHAMBERS — COURT ORDER**

    The Court is in receipt of a First Amended Complaint filed by plaintiffs Shosh Yonay and Yuval Yonay ("Plaintiffs"). Plaintiffs were entitled to file the First Amended Complaint as a matter of right pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), which allows a party to "amend its pleading once as a matter of course within . . . 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f)." The Motion to Dismiss filed by defendant Paramount Pictures Corporation (Docket No. 14) is denied as moot. See Ramirez v. County of San Bernardino, 806 F.3d 1002, 1008 (9th Cir. 2015). The hearing calendared for September 26, 2022, is vacated and the matter taken off calendar.

    IT IS SO ORDERED.