| | |
|---|---|
| 1 | MOLLY M. LENS (S.B. #283867) |
|  | mlens@omm.com |
| 2 | DANIEL M. PETROCELLI (S.B. #97802) |
|  | dpetrocelli@omm.com |
| 3 | O'MELVENY & MYERS LLP |
|  | 1999 Avenue of the Stars, 8th Floor |
| 4 | Los Angeles, California 90067-6035 |
|  | Telephone:   +1 310 553 6700 |
| 5 | Facsimile:    +1 310 246 6779 |
| 6 | *Attorneys for Defendant* |
|  | *Paramount Pictures Corporation* |
| 7 | |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| SHOSH YONAY and YUVAL YONAY, | Case No. 2:22-CV-3846-PA |
|---|---|
| Plaintiffs, | **JOINT STIPULATION REQUESTING AN EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT** |
| v. | |
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation, and DOES 1-10, | Amended Complaint served: August 31, 2022 |
| Defendants. | Current response date: September 14, 2022 |
|  | Proposed response date: October 11, 2022 |

STIPULATION TO EXTEND TIME

1    Plaintiffs and Defendant Paramount Pictures Corporation ("Paramount Pictures"),
2 through their respective counsel, enter into this stipulation with reference to the following facts:
3    **WHEREAS**, Paramount Pictures filed its Motion to Dismiss Plaintiffs' Complaint, ECF
4 No. 14, on August 26, 2022;
5    **WHEREAS**, Plaintiffs filed their First Amended Complaint, ECF No. 16, on August 31,
6 2022;
7    **WHEREAS**, Paramount Pictures' deadline to respond to the First Amended Complaint is
8 currently September 14, 2022; and
9    **WHEREAS**, the parties are scheduled to continue their meet-and-confer discussions later
10 this week regarding the new allegations and claims in the Amended Complaint; and
11    **NOW, THEREFORE**, to enable the parties time to meet and confer in an effort to
12 narrow and/or eliminate the issues requiring Court intervention, and with the proposed briefing
13 schedule reflecting certain pre-planned absences out of the office, the parties hereby stipulate and
14 respectfully request that the Court extend Paramount Pictures' response deadline to **October 11,**
15 **2022**, and enter the following schedule with respect to any motion to dismiss:
16    1.   Plaintiffs' opposition shall be filed by **October 27, 2022**;
17    2.   Paramount Pictures' reply shall be filed by **November 7, 2022**; and
18    3.   A hearing shall be held on **November 21, 2022**, at 1:30 PM in Courtroom 9A,
19         unless the Court takes the hearing off calendar based on the parties' submissions.

| | | |
|---|---|---|
| 1 | DATED: September 14, 2022 | **O'MELVENY & MYERS LLP** |
| 2 | | |
| 3 | | By: */s/ Molly M. Lens* |
| 4 | | Molly M. Lens |
| 5 | | *Attorney for Defendant*<br>*Paramount Pictures Corporation* |
| 6 | | |
| 7 | DATED: September 14, 2022 | **TOBEROFF & ASSOCIATES, P.C.** |
| 8 | | |
| 9 | | By: */s/ Marc Toberoff* |
| 10 | | Marc Toberoff |
| 11 | | |
| 12 | | Marc Toberoff<br>mtoberoff@toberoffandassociates.com<br>TOBEROFF & ASSOCIATES, P.C. |
| 13 | | 23823 Malibu Road, Suite 50-363<br>Malibu, CA 90265 |
| 14 | | Telephone:   (310) 246-3333<br>Facsimile:   (310) 246-3101 |
| 15 | | *Attorney for Plaintiffs* |

<u>Attestation</u>

I hereby attest that all signatories listed, and on whose behalf this filing is submitted, concur in its content and have authorized its filing.

DATED: September 14, 2022  **O'MELVENY & MYERS LLP**

By: */s/ Molly M. Lens*
Molly M. Lens