| | |
|---|---|
| 1 | MOLLY M. LENS (S.B. #283867) |
| | mlens@omm.com |
| 2 | DANIEL M. PETROCELLI (S.B. #97802) |
| | dpetrocelli@omm.com |
| 3 | O'MELVENY & MYERS LLP |
| | 1999 Avenue of the Stars, 8th Floor |
| 4 | Los Angeles, California  90067-6035 |
| | Telephone:    +1 310 553 6700 |
| 5 | Facsimile:    +1 310 246 6779 |
| 6 | *Attorneys for Defendant* |
| | *Paramount Pictures Corporation* |
| 7 | |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOSH YONAY and YUVAL YONAY, | Case No. 2:22-CV-3846-PA |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION REQUESTING AN EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT AND TO SET BRIEFING SCHEDULE** |
| v. | |
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation, and DOES 1-10, | |
| Defendants. | |

[PROPOSED] ORDER

**[PROPOSED] ORDER**

The Court has reviewed and considered the Parties' Joint Stipulation Requesting an Extension of Time to Respond to Amended Complaint and to Set Briefing Schedule, and hereby extends Defendant Paramount Pictures' response deadline to **October 11, 2022**, and enters the following schedule with respect to any motion to dismiss:

1. Plaintiffs' opposition shall be filed by **October 27, 2022**;
2. Paramount Pictures' reply shall be filed by **November 7, 2022**; and
3. A hearing shall be held on **November 21, 2022**, at 1:30 PM in Courtroom 9A, unless the Court takes the hearing off calendar based on the parties' submissions.

**IT IS SO ORDERED.**

Dated:  September __, 2022

_____
Hon. Percy Anderson