MOLLY M. LENS (S.B. #283867)
  mlens@omm.com
DANIEL M. PETROCELLI (S.B. #97802)
  dpetrocelli@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California  90067-6035
Telephone:  +1 310 553 6700
Facsimile:   +1 310 246 6779

*Attorneys for Defendant*
*Paramount Pictures Corporation*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOSH YONAY and YUVAL YONAY,<br><br>Plaintiffs,<br><br>v.<br><br>PARAMOUNT PICTURES CORPORATION, a Delaware corporation, and DOES 1-10,,<br><br>Defendants. | Case No. 2:22-CV-3846-PA<br><br>**DEFENDANT PARAMOUNT PICTURES CORPORATION'S NOTICE OF LODGING OF *TOP GUN: MAVERICK* DVD**<br><br>**Hearing Date:** November 7, 2022<br>**Hearing Time:** 1:30 PM<br>**Place:** Courtroom 9A<br>**Judge:** Hon. Percy Anderson |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** in support of its contemporaneously filed Motion to Dismiss Plaintiffs' First Amended Complaint ("Motion"), Defendant Paramount Pictures Corporation ("PPC") hereby lodges the following item with the Court in support of its Motion:

- A DVD copy of Paramount Pictures' 2022 film *Top Gun: Maverick*, attached as **Exhibit B** to the Declaration of Patrick S. McNally.

Dated: September 28, 2022

O'MELVENY & MYERS LLP

By: /s/ Molly M. Lens
    Molly M. Lens

*Attorney for Defendant
Paramount Pictures Corporation*

**Certificate of Service**

I hereby certify that on September 28, 2022, I caused to be served a true and correct copy of the foregoing Notice of Lodging and a true and correct copy of a DVD containing Exhibit B to the Declaration of Patrick S. McNally on counsel for Plaintiffs at the address below by sending it via Federal Express, for delivery on the next business day.

> Marc Toberoff and Jaymie Parkkinen
> Toberoff & Associates
> 23823 Malibu Road, Suite 50-363
> Malibu, California 90265

Date:  September 28, 2022

Respectfully submitted:
/s/ Julia Fairfoot