1 MOLLY M. LENS (S.B. #283867)
   mlens@omm.com
2 DANIEL M. PETROCELLI (S.B. #97802)
   dpetrocelli@omm.com
3 O'MELVENY & MYERS LLP
  1999 Avenue of the Stars, 8th Floor
4 Los Angeles, California  90067-6035
  Telephone:  +1 310 553 6700
5 Facsimile:  +1 310 246 6779

6

7 *Attorneys for Defendant*
  *Paramount Pictures Corporation*

8

# UNITED STATES DISTRICT COURT

9

# CENTRAL DISTRICT OF CALIFORNIA

10

11

12 SHOSH YONAY and YUVAL YONAY,          Case No. 2:22-CV-3846-PA

              Plaintiffs,               **[PROPOSED] ORDER**
13                                      **GRANTING DEFENDANT**
                                        **PARAMOUNT PICTURES**
14        v.                            **CORPORATION'S REQUEST**
                                        **FOR JUDICIAL NOTICE IN**
15 PARAMOUNT PICTURES                   **SUPPORT OF MOTION TO**
   CORPORATION, a Delaware corporation, **DISMISS PLAINTIFFS' FIRST**
   and DOES 1-10,                       **AMENDED COMPLAINT**
16
                                        **Hearing Date:** November 7, 2022
              Defendants.               **Hearing Time:** 1:30 PM
17                                      **Place:** Courtroom 9A
                                        **Judge:** Hon. Percy Anderson
18

19

20

21

22

23

24

25

26

27

28
                                        [PROPOSED] ORDER GRANTING
                                        REQUEST FOR JUDICIAL NOTICE
                                        CASE NO. 2:22-CV-3846-PA

**[Proposed] Order**

Pending before the Court is Paramount Picture Corporation ("PPC")'s Request for Judicial Notice in Support of Motion to Dismiss Plaintiffs' First Amended Complaint ("Request").  The Court will grant the Request.

Rule 201 of the Federal Rules of Evidence provides that a court "must take judicial notice if a party requests it and the court is supplied with the necessary information" of an adjudicative fact, where the fact is "not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid. 201(b)(2), (c)(2).  In ruling on a motion to dismiss for failure to state a claim, the Court may consider "documents attached to the complaint, documents incorporated by reference in the complaint, or matters of judicial notice . . . without converting the motion to dismiss into a motion for summary judgment."  *United States v. Ritchie*, 342 F.3d 903, 907–08 (9th Cir. 2003).

Exhibits A and B to the McNally Declaration are copies of Ehud Yonay's 1983 article entitled "Top Guns" (the "Article") and the 2022 film *Top Gun: Maverick* ("*Maverick*"), respectively.  Because the Amended Complaint alleges that *Maverick* infringes Plaintiffs' copyright in the Article, and discusses the purported similarities between the works, both works are subject to judicial notice and are otherwise incorporated by reference into the Amended Complaint.  *See Silas v. HBO*, 201 F. Supp. 3d 1158, 1168 (C.D. Cal. 2016), *aff'd* 713 F. App'x 626, 627 (9th Cir. 2018).

Exhibit C to the McNally Declaration is a true and correct copy of the cover page from Ehud Yonay's 1993 book *No Margin for Error: The Making of the Israeli Air Force*.  The Court may take judicial notice of the fact of the publication of this book because it is a fact that "can be accurately and readily determined from

1

1   sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid.

2   201(b)(2).

3         Exhibit D to the McNally Declaration is a true and correct copy of an April

4   29, 1983 contract between Ehud Yonay and California Magazine, Inc. (the

5   "*California Magazine* Contract").  Because Plaintiffs' First Amended Complaint

6   depends on the contents of the *California Magazine* Contract, *see* Am. Compl.

7   ¶¶ 21–29, 68, the Court may consider the Contract when adjudicating PPC's

8   Motion to Dismiss.  *See Zella v. E.W. Scripps Co.*, 529 F. Supp. 2d 1124, 1131

9   (C.D. Cal. 2007) (quoting *Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir. 2005)).

10        Finally, Exhibit E to the McNally Declaration is a true and correct copy of a

11  United States Senate report of a 1975 hearing before the Committee on Armed

12  Services ("Senate Report").  Because courts routinely take judicial notice of

13  governmental documents under Rule 201(b)(2), the court will do the same with

14  respect to the facts contained in the Senate Report.  *See, e.g.*, *Ning Xianhua v. Oath*

15  *Holdings, Inc.*, 536 F. Supp. 3d 535, 546 (N.D. Cal. 2021) (taking judicial notice of

16  a Senate report); *Lopez v. Bank of Am., N.A.*, 505 F. Supp. 3d 961, 969–71 (N.D.

17  Cal. 2020) (courts may generally take judicial notice of transcripts of congressional

18  hearings).

19        Accordingly, the Court hereby **ORDERS** that the Request is **GRANTED**.

20  Judicial notice shall be taken of Exhibits A-E of the Declaration of Patrick S.

21  McNally.

22        **IT IS SO ORDERED.**

23

24  Dated: _____

25                                        _____
                                          The Honorable Percy Anderson
26                                        Judge, United States District Court
                                          for the Central District of California
27

28

REQUEST FOR JUDICIAL NOTICE
CASE NO. 2:22-CV-3846-PA