| | |
|---|---|
| Daniel M. Petrocelli (S.B. #97802) | Marc Toberoff (S.B. #188547) |
| dpetrocelli@omm.com | mtoberoff@toberoffandassociates.com |
| Molly M. Lens (S.B. #283867) | Jaymie Parkkinen (S.B. # 318394) |
| mlens@omm.com | jparkkinen@toberoffandassociates.com |
| O'MELVENY & MYERS LLP | TOBEROFF & ASSOCIATES, P.C. |
| 1999 Avenue of the Stars, 8th Floor | 23823 Malibu Road, Suite 50-363 |
| Los Angeles, California 90067 | Malibu, CA 90265 |
| Telephone: (310) 553-6700 | Telephone: (310) 246-3333 |
| Facsimile: (310) 246-6779 | Facsimile: (310) 246-3101 |

*Attorneys for Paramount Pictures Corporation*

Alex Kozinski (S.B. # 66473)
alex@kozinski.com
719 Yarmouth Rd, Suite 101
Palos Verdes Estates, CA 90274
Telephone: (310) 541-5885
Facsimile: (310) 265-4653

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOSH YONAY, an individual, and YUVAL YONAY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PARAMOUNT PICTURES CORPORATION, a Delaware corporation, and DOES 1-10,<br><br>Defendants. | Case No. 2:22-cv-03846-PA-GJS<br><br>**JOINT STIPULATION REGARDING MODIFICATION OF TRIAL AND PRETRIAL DATES**<br><br>District Judge: Hon. Percy Anderson<br>Magistrate Judge: Hon. Gail J. Standish |

# **STIPULATION**

Plaintiffs Shosh Yonay and Yuval Yonay ("Plaintiffs") and Defendant Paramount Pictures Corporation ("Paramount") (collectively, the "Parties") stipulate as follows:

**WHEREAS**, on January 6, 2023, the Court entered an order bifurcating discovery into separate liability and damages phases and setting a Schedule of Trial and Pretrial Dates;

**WHEREAS**, under the current Schedule of Trial and Pretrial Dates, the Parties must exchange liability expert reports by May 12, 2023, with liability rebuttal expert reports due by June 2, 2023, and liability discovery closing on July 7, 2023;[1]

**WHEREAS**, Plaintiffs' counsel, Marc Toberoff, is scheduled to undergo two important medical surgeries which will severely limit his ability to work on this case, including serving liability expert and rebuttal expert reports and otherwise responding to discovery requests;

**WHEREAS**, in light of Mr. Toberoff's forthcoming medical surgeries, Plaintiffs have asked Paramount to agree to an approximately 90-day extension of the Schedule of Trial and Pretrial Dates (and, in certain instances, fewer);

**WHEREAS**, Paramount has advised Plaintiffs that it does not oppose the requested extension subject to approval of the Court;

**WHEREAS**, these modifications will not meaningfully delay the overall progress of the case and may actually increase the efficient progression of the case.

Based on the foregoing, **IT IS HEREBY STIPULATED** by and between the Parties, through their respective counsel of record, subject to the Court's approval, that:

1. The deadline to exchange liability expert reports and rebuttal liability

---

[1] *See* January 6, 2023 Minute Order (ECF No. 30).

expert reports shall be continued to July 7, 2023 and July 28, respectively.

2. The liability discovery cut-off shall be continued to October 6, 2023.

3. The deadline for the Parties to file a motion for summary judgment directed to liability issues shall be continued to October 23, 2023, with the hearing date for such motion continued to December 4, 2023.

4. The deadline to exchange damages expert reports and rebuttal damages expert reports shall be continued to January 5, 2024 and January 26, 2024, respectively.

5. The damages discovery cut-off is continued to February 23, 2024.

6. The deadline for the Parties to conduct a settlement mediation shall be continued to March 11, 2024.

7. The motion hearing cut-off shall be continued to March 4, 2024.

8. The deadline to lodge pretrial conference order and pretrial exhibit stipulations and to file final pretrial conference materials shall be continued to March 21, 2024.

9. The final pretrial conference shall be continued to April 5, 2024 at 1:30 p.m.

10. The hearing on motions in limine and disputed jury instructions shall be continued to April 29, 2024 at 1:30 p.m.

11. The deadline to lodge final trial exhibit stipulations shall be continued to May 2, 2024.

12. The trial date shall be continued to May 7, 2024 at 9:00 a.m.

| | |
|---|---|
| Dated: May 12, 2023 | **TOBEROFF & ASSOCIATES, P.C.**<br><br>By:  */s/ Marc Toberoff*<br>          Marc Toberoff<br><br>Marc Toberoff<br>mtoberoff@toberoffandassociates.com<br>23823 Malibu Road, Suite 50-363<br>Malibu, CA 90265<br>Telephone: (310) 246-3333<br>Facsimile: (310) 246-3101<br><br>Alex Kozinski (S.B. # 66473)<br>*alex@kozinski.com*<br>719 Yarmouth Rd, Suite 101<br>Palos Verdes Estates, CA 90274<br>Telephone: (310) 541-5885<br>Facsimile: (310) 265-4653<br><br>*Attorneys for Plaintiffs* |
| Dated: May 12, 2023 | **O'MELVENY & MYERS LLP**<br><br>By: */s/ Daniel M. Petrocelli*<br>         Daniel M. Petrocelli<br><br>Daniel M. Petrocelli<br>dpetrocelli@omm.com<br>Molly M. Lens<br>mlens@omm.com<br>1999 Avenue of the Stars, 8th Floor<br>Los Angeles, California 90067<br>Telephone:  (310) 553-6700<br>Facsimile:  (310) 246-6779<br><br>*Attorneys for Paramount Pictures Corporation* |

## SIGNATURE ATTESTATION

    Pursuant to CACD Local Rule 5-4.3.4(a)(2)(i), I certify that I have obtained authorization to file this document from the other signatories to this document and that all other signatories have authorized placement of their electronic signature on this document.

Dated: May 12, 2023

**O'MELVENY & MYERS LLP**

By: */s/ Daniel M. Petrocelli*
        Daniel M. Petrocelli

Daniel M. Petrocelli
dpetrocelli@omm.com

*Attorneys for Paramount Pictures Corporation*