# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOSH YONAY, an individual, and YUVAL YONAY, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>PARAMOUNT PICTURES CORPORATION, a Delaware corporation, and DOES 1-10,<br><br>    Defendants. | Case No. 2:22-cv-03846-PA-GJS<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING MODIFICATION OF TRIAL AND PRETRIAL DATES**<br><br>District Judge: Hon. Percy Anderson<br>Magistrate Judge: Hon. Gail J. Standish |

# [PROPOSED] ORDER

The Court has reviewed and considered the Parties' Joint Stipulation for an order modifying the pretrial schedule. The Court hereby **GRANTS** the Joint Stipulation and **ORDERS** the following modifications to the Schedule of Trial and Pretrial Dates (ECF 30):

| Matter | Court Ordered Date | Time |
| --- | --- | --- |
| Jury Trial | May 7, 2024 | 9:00 a.m. |
| File Final Trial Exhibit Stipulations | May 2, 2024 | |
| Hearing on Motions in Limine<br>Hearing on Disputed Jury Instructions | April 29, 2024 | 1:30 p.m. |
| Final Pretrial Conference<br>Motions in Limine to be Filed<br>Proposed Voir Dire Questions & Agreed-to Statement of Case | April 5, 2024 | 1:30 p.m. |
| Lodge Pretrial Conference Order & Pretrial Exhibit Stipulation<br>File Contentions of Fact & Law<br>Exhibit & Witness Lists<br>File Joint Status Report Regarding Settlement<br>File Agreed Upon Set of Instructions & Verdict Forms<br>File Joint Statement Regarding Disputed Instructions, Verdicts, etc. | March 21, 2024 | |

| Matter | Court Ordered Date |
| --- | --- |
| Motion Hearing Cut-Off | March 4, 2024 |
| Settlement Mediation Deadline | March 11, 2024 |
| Damages Discovery Cut-Off | February 23, 2024 |
| Damages Expert Report Deadline | January 5, 2024 |
| Rebuttal Damages Expert Report Deadline | January 25, 2024 |
| Summary Judgment (Liability) Hearing Date | December 4, 2023 |
| Summary Judgment (Liability) Filing Deadline | October 23, 2023 |

| Matter | Court Ordered Date |
|---|---|
| Liability Discovery Cut-Off | October 6, 2023 |
| Liability Expert Report Deadline | July 7, 2023 |
| Rebuttal Liability Expert Report Deadline | July 28, 2023 |

**IT IS SO ORDERED.**

Dated: _____, 2023     _____
　　　　　　　　　　　　　　　　　　　　Hon. Percy Anderson
　　　　　　　　　　　　　　　　　　　United States District Judge