MOLLY M. LENS (S.B. #283867)
mlens@omm.com
DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
MATTHEW KAISER (S.B. #304714)
mkaiser@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone:   (310) 553-6700
Facsimile:   (310) 246-6779

*Attorneys for Defendant Paramount Pictures Corporation*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOSH YONAY and YUVAL YONAY,<br><br>Plaintiffs,<br><br>v.<br><br>PARAMOUNT PICTURES CORPORATION, a Delaware corporation, and DOES 1-10,<br><br>Defendants. | Case No. 2:22-CV-3846-PA-GJS<br><br>**JOINT STIPULATION RE: DEFENDANTS' REQUEST FOR PRODUCTION NOS. 38-40**<br><br>Case No. 2:22-CV-3846-PA-GJS<br><br>District Judge: Hon. Percy Anderson<br>Magistrate Judge: Hon. Gail J. Standish<br>Liability Disc. Cutoff: Oct. 6, 2023<br>Damages Disc. Cutoff: Feb. 23, 2024 |

# JOINT STIPULATION

Plaintiffs Shosh Yonay and Yuval Yonay ("Plaintiffs") and Defendant Paramount Pictures Corporation ("PPC" and, together with Plaintiffs, the "Parties") stipulate as follows:

**WHEREAS**, on July 24, 2023, PPC filed a Motion to Compel ("Motion") seeking an order requiring Plaintiffs to produce documents responsive to PPC's First Set of Requests for Production ("RFPs") and to serve amended responses to PPC's First Set of Interrogatories ("ROGs") and First Set of Requests for Admission ("RFAs"), ECF No. 40;

**WHEREAS**, the Parties met and conferred on August 1, 2023, and as a result of this meet-and-confer, the Parties were able to reach a compromise agreement and agreed to and did file a Joint Stipulation and [Proposed] Order reflecting their agreement, ECF No. 43;

**WHEREAS**, the Court so-ordered the Parties' [Proposed] Order on August 7, 2023, with certain modifications, ECF No. 44;

**WHEREAS**, with regard to PPC's Requests for Production Nos. 38-40, the Court's August 7, 2023 Order provides that the Parties shall continue to meet and confer and, if unable to reach agreement on such requests, shall file a joint status report with the Court on or before August 11, 2023 that summarizes the Parties' respective positions in no more than one page per party, ECF No. 44;

**WHEREAS**, the parties continued to meet and confer regarding Request for Production Nos. 38-40 on August 8 and 9, 2023, and were able to reach a compromise agreement and agreed to jointly request that the concurrently filed [Proposed] Order be so-ordered by the Court.

Based on the foregoing, **IT IS HEREBY STIPULATED** by and between the Parties, through their respective counsel of record, subject to the Court's approval, that:

1. In response to PPC's Request for Production No. 38, following a reasonably diligent search, Plaintiffs located no prior drafts of Ehud Yonay's book *No Margin for Error*, and notwithstanding their objections to this request, Plaintiffs respond that they have no documents responsive to this request in their possession, custody, or control.

2. In response to PPC's Request for Production No. 39, following a reasonably diligent search, Plaintiffs located certain handwritten notes by Ehud Yonay regarding *No Margin for Error* and, notwithstanding their objections to this request, Plaintiffs shall produce such notes.

3. In response to PPC's Request for Production No. 40, following a reasonably diligent search, Plaintiffs located agreements for the publication of *No Margin for Error* in Hebrew and in English, as well as an agreement for the publication of "Top Guns" with a magazine other than California Magazine and, notwithstanding their objections to this request, Plaintiffs shall produce these documents.

4. Plaintiffs shall complete their production of the above mentioned documents on or before August 21, 2023.

5. The Parties jointly request that the Court so-order the concurrently-filed [Proposed] Order.

| | | |
|---|---|---|
| Dated: August 11, 2023 | | **O'MELVENY & MYERS LLP** |

By:      */s/ Molly M. Lens*
         Molly M. Lens

Molly M. Lens
mlens@omm.com
Daniel M. Petrocelli
dpetrocelli@omm.com
Matthew Kaiser
mkaiser@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

*Attorneys for Defendant Paramount Pictures Corporation*

Dated: August 11, 2023      **TOBEROFF & ASSOCIATES, P.C.**

By:      */s/ Marc Toberoff*
         Marc Toberoff

Marc Toberoff
mtoberoff@toberoffandassociates.com
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Plaintiffs Shosh Yonay and Yuval Yonay*

|  |  |
|---|---|
| 1 | Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing. |

Dated: August 11, 2023                    **O'MELVENY & MYERS LLP**

                                          By:      */s/ Molly M. Lens*
                                                      Molly M. Lens