UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOSH YONAY and YUVAL YONAY,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>PARAMOUNT PICTURES CORPORATION, a Delaware corporation, and DOES 1-10,<br><br>　　　　　　　Defendants. | Case No. 2:22-CV-03846-PA-GJS<br><br>**ORDER**<br><br>District Judge: Hon. Percy Anderson<br>Magistrate Judge: Hon. Gail J. Standish |

# ORDER

On August 7, 2023, pursuant to the stipulation of the Parties, the Court entered an order providing that the Parties were to continue to meet and confer regarding Defendant Paramount Pictures Corporation's ("PPC") Request for Production Nos. 38-40, ECF No. 44. The Parties have now reached a compromise agreement regarding these remaining Requests for Production, ECF No. 45, with this Order resolving all outstanding issues related to PPC's Motion, ECF No. 40. Good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. In response to PPC's Request for Production No. 38, following a reasonably diligent search, Plaintiffs located no prior drafts of Ehud Yonay's book *No Margin for Error*, and notwithstanding their objections to this request, Plaintiffs respond that they do not have documents responsive to this request in their possession, custody, and control.

2. In response to PPC's Request for Production No. 39, following a reasonably diligent search, Plaintiffs located certain handwritten notes by Ehud Yonay regarding *No Margin for Error* and, notwithstanding their objections to this request, Plaintiffs have agreed to produce such notes.

3. In response to PPC's Request for Production No. 40, following a reasonably diligent search, Plaintiffs located agreements for the publication of *No Margin for Error* in Hebrew and in English, as well as an agreement for the publication of "Top Guns" with a magazine other than California Magazine and, notwithstanding their objections to this request, Plaintiffs have agreed to produce these documents.

4. Plaintiffs shall complete their production of the above mentioned documents on or before August 21, 2023.

***IT IS SO ORDERED.***

Dated: August 11, 2023

Hon. Gail J. Standish
United States Magistrate Judge