Marc Toberoff (S.B. #188547)
mtoberoff@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

Alex Kozinski (S.B. #66473)
alex@kozinski.com
719 Yarmouth Rd, Suite 101
Palos Verdes Estates, CA 90274
Telephone: (310) 541-5885
Facsimile: (310) 265-4653

*Attorneys for Plaintiffs*

Molly M. Lens (S.B. #283867)
mlens@omm.com
Matthew Kaiser (S.B. #304714)
mkaiser@omm.com
Danielle R. Feuer (S.B. #324174)
dfeuer@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

*Attorneys for Paramount Pictures Corporation*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOSH YONAY, an individual, and YUVAL YONAY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PARAMOUNT PICTURES CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. 2:22-CV-3846-PA-GJS<br><br>**JOINT STIPULATION REGARDING MODIFICATION OF TRIAL AND PRETRIAL DATES**<br><br>District Judge: Hon. Percy Anderson<br>Magistrate Judge: Hon. Gail J. Standish |

# STIPULATION

Plaintiffs Shosh Yonay and Yuval Yonay ("Plaintiffs") and Defendant Paramount Pictures Corporation ("Paramount Pictures") (collectively, the "Parties") stipulate as follows:

**WHEREAS**, on January 6, 2023, the Court entered an order bifurcating discovery into separate liability and damages phases and setting a Schedule of Trial and Pretrial Dates;

**WHEREAS**, under the current Schedule of Trial and Pretrial Dates, the deadline to file the Parties' motions for summary judgment directed to liability issues is October 23, 2023, with oppositions and replies due November 6 and November 20, 2023, respectively. The hearing date for such motions is December 4, 2023;[1]

**WHEREAS**, Plaintiffs and Paramount Pictures intend to file cross-motions for summary judgment;

**WHEREAS**, Plaintiffs and Paramount Pictures intend to move to exclude the other parties' experts in connection with their anticipated cross-motions for summary judgment;

**WHEREAS**, Plaintiffs are Israeli and Ms. Yonay resides in Israel, and their counsel, Marc Toberoff has had difficulty contacting them since the recent and dire Israel-Hamas conflict began, hindering progress on Plaintiffs' motion;

**WHEREAS**, Mr. Toberoff's wife has close family in Israel and Mr. and Mrs. Toberoff may need to make immediate travel there to attend to them given the recent conflict;

**WHEREAS**, such unexpected and urgent travel will severely limit Mr. Toberoff's ability to work on this case, including Plaintiffs' forthcoming motion for summary judgment, opposition to Paramount Pictures' cross-motion, and reply, as well as the Parties' cross-motions to exclude the other party's expert(s);

---

[1] *See* June 9, 2023 Order (ECF No. 36).

1     **WHEREAS**, in light of Mr. Toberoff's likely absence, and the difficulties
2 in maintaining communication with Plaintiffs themselves, Plaintiffs have asked
3 Paramount Pictures to agree to an approximately two-week extension of the
4 Liability Summary Judgement Dates;

5     **WHEREAS**, in the initial scheduling order in this case, the Court
6 "order[ed] that discovery is to be bifurcated into liability and damages phases
7 and stay[ed] damages discovery until the Court rules on Defendant's anticipated
8 motion for summary judgment on liability, or until further order of the Court."
9 Dkt. 30 at 2;

10     **WHEREAS**, under the current scheduling order entered on June 12,
11 2023, damages discovery is set to close on February 23, 2024 (Dkt. 37)—just six
12 weeks after the new summary judgment hearing date proposed herein;

13     **WHEREAS**, the outcome of the Parties' anticipated cross-motions for
14 summary judgment could affect the next phase of the litigation;

15     **WHEREAS**, Paramount Pictures has advised Plaintiffs that it does not
16 oppose the requested extension subject to approval of the Court, provided
17 Plaintiffs agree that they cannot use any extension to obtain additional
18 discovery, including from any subpoenaed parties, as the deadline for liability-
19 related discovery was October 6, 2023;

20     **WHEREAS**, these modifications will not meaningfully delay the overall
21 progress of the case and may actually increase the efficient progression of the
22 case.

23     Based on the foregoing, **IT IS HEREBY STIPULATED** by and between
24 the Parties, through their respective counsel of record, subject to the Court's
25 approval, that:

26     1.     The deadline for the Parties to file a motion for summary judgment
27 directed to liability issues shall be continued to November 6, 2023, with
28 oppositions and replies due November 22 and December 11, respectively. The

hearing date for such motion shall be continued to January 8, 2024.[2]

2. The deadlines for the Parties' anticipated motions to exclude each other's expert(s) are the same as those above for motions for summary judgment.

3. Liability related discovery is not permitted, with the prior October 6, 2023 deadline remaining unchanged.

4. Damages discovery remains stayed and all remaining deadlines are held in abeyance pending the Court's ruling on the Parties' cross-motions for summary judgment.

5. Alternatively, if the Court prefers to enter new damages discovery deadlines at this time, the Parties stipulate as follows:

   a. The deadline to exchange damages expert reports and rebuttal damages expert reports shall be continued to January 31, 2024 and February 23, 2024, respectively.

   b. The damages discovery cut-off is continued to March 22, 2024.

   c. The deadline for the Parties to conduct a settlement mediation shall be continued to March 25, 2024.

   d. The motion hearing cut-off shall be continued to April 1, 2024.

   e. The deadline to lodge pretrial conference order and pretrial exhibit stipulations and to file final pretrial conference materials shall be continued to April 18, 2024.

   f. The final pretrial conference shall be continued to May 3, 2024 at 1:30 p.m.

   g. The hearing on motions in limine and disputed jury instructions shall be continued to May 27, 2024 at 1:30 p.m.

   h. The deadline to lodge final trial exhibit stipulations shall be continued to May 30, 2024.

---

[2] These dates reflect the Thanksgiving, Christmas, and New Years' holidays.

      i.   The trial date shall be continued to June 4, 2024 at 9:00 a.m.

Date: October 16, 2023                    TOBEROFF & ASSOCIATES, P.C.

By:    */s/ Marc Toberoff*
            Marc Toberoff

Marc Toberoff
*mtoberoff@toberoffandassociates.com*
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333

*Attorneys for Plaintiffs*

Date: October 16, 2023                    **O'MELVENY & MYERS LLP**

By:    */s/ Molly M. Lens*
           Molly M. Lens

Molly M. Lens
mlens@omm.com
Matthew Kaiser
mkaiser@omm.com
Danielle Feuer
dfeurer@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

*Attorneys for Paramount Pictures Corporation*

# SIGNATURE ATTESTATION

Pursuant to CACD Local Rule 5-4.3.4(a)(2)(i), I certify that I have obtained authorization to file this document from the other signatories to this document and that all other signatories have authorized placement of their electronic signature on this document.

Date: October 16, 2023

**TOBEROFF & ASSOCIATES, P.C.**

By: _/s/ Marc Toberoff_
      Marc Toberoff

Marc Toberoff
mtoberoff@toberoffandassociates.com
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333

*Attorneys for Plaintiffs*