UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOSH YONAY, an individual, and YUVAL YONAY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PARAMOUNT PICTURES CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. 2:22-CV-3846-PA-GJS<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING MODIFICATION OF TRIAL AND PRETRIAL DATES**<br><br>District Judge: Hon. Percy Anderson<br>Magistrate Judge: Hon. Gail J. Standish |

# [PROPOSED] ORDER

The Court has reviewed and considered the Parties' Joint Stipulation for an order modifying the pretrial schedule. The Court hereby **GRANTS** the Joint Stipulation and **ORDERS** the following modifications to the Schedule of Trial and Pretrial Dates (ECF 36):

| Matter | Court Ordered Date | Time |
|---|---|---|
| Jury Trial | Stayed | 9:00 a.m. |
| File Final Trial Exhibit Stipulations | Stayed | |
| Hearing on Motions in Limine Hearing on Disputed Jury Instructions | Stayed | 1:30 p.m. |
| Final Pretrial Conference Motions in Limine to be Filed Proposed Voir Dire Questions & Agreed-to Statement of Case | Stayed | 1:30 p.m. |
| Lodge Pretrial Conference Order & Pretrial Exhibit Stipulation File Contentions of Fact & Law Exhibit & Witness Lists File Joint Status Report Regarding Settlement File Agreed Upon Set of Instructions & Verdict Forms File Joint Statement Regarding Disputed Instructions, Verdicts, etc. | Stayed | |

| Matter | Court Ordered Date |
|---|---|
| Motion Hearing Cut-Off | Stayed |
| Settlement Mediation Deadline | Stayed |
| Damages Discovery Cut-Off | Stayed |
| Damages Expert Report Deadline | Stayed |
| Rebuttal Damages Expert Report Deadline | Stayed |
| Summary Judgment (Liability) Hearing Date | January 8, 2024 |
| Summary Judgment (Liability) Filing Deadline | November 6, 2023 |
| Summary Judgment (Liability) Opposition Deadline | November 22, 2023 |
| Summary Judgment (Liability) Reply Deadline | December 11, 2023 |

Dated: _____, 2023

_____
Hon. Percy Anderson
United States District Judge

[PROPOSED] ORDER