## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 22-3846 PA (GJSx) | Date | October 18, 2023 |
|---|---|---|---|
| Title | Shosh Yonay, et al. v. Paramount Pictures Corporation, et al. | | |

Present: The Honorable    PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Kamilla Sali-Suleyman | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**        IN CHAMBERS ORDER

The Court has received the parties' Joint Stipulation Regarding Modification of Trial and Pretrial Dates. After reviewing and considering the Joint Stipulation, the Court grants the Joint Stipulation modifying the filing and hearing dates for motions for summary judgment and to exclude experts as follows: The parties are to file their motions on or before November 6, 2023. Oppositions shall be filed by November 22, 2023. Replies, if any, shall be filed by December 11, 2023. The Court will hear the motions January 8, 2024, at 1:30 p.m. All other dates remain unchanged.

IT IS SO ORDERED.