| | |
|---|---|
| Molly M. Lens (S.B. #283867)<br>mlens@omm.com<br>Matthew Kaiser (S.B. #304714)<br>mkaiser@omm.com<br>Danielle R. Feuer (S.B. #324174)<br>dfeuer@omm.com<br>O'MELVENY & MYERS LLP<br>1999 Avenue of the Stars, 8th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 553-6700<br>Facsimile: (310) 246-6779<br><br>*Attorneys for Paramount Pictures Corporation* | Marc Toberoff (S.B. #188547)<br>mtoberoff@toberoffandassociates.com<br>TOBEROFF & ASSOCIATES, P.C.<br>23823 Malibu Road, Suite 50-363<br>Malibu, CA 90265<br>Telephone: (310) 246-3333<br>Facsimile: (310) 246-3101<br><br>Alex Kozinski (S.B. #66473)<br>alex@kozinski.com<br>719 Yarmouth Rd, Suite 101<br>Palos Verdes Estates, CA 90274<br>Telephone: (310) 541-5885<br>Facsimile: (310) 265-4653<br><br>*Attorneys for Plaintiffs* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOSH YONAY, an individual, and YUVAL YONAY, an individual,<br><br>  Plaintiffs,<br><br> v.<br><br>PARAMOUNT PICTURES CORPORATION, a Delaware corporation,<br><br>  Defendant. | Case No. 2:22-CV-3846-PA-GJS<br><br>**JOINT STIPULATION FOR EXPANSION OF WORD LIMIT FOR SUMMARY JUDGMENT BRIEFING**<br><br>District Judge: Hon. Percy Anderson<br>Magistrate Judge: Hon. Gail J. Standish |

JOINT STIPULATION

## **STIPULATION**

Plaintiffs Shosh Yonay and Yuval Yonay ("Plaintiffs") and Defendant Paramount Pictures Corporation ("Paramount Pictures") (collectively, the "Parties") stipulate as follows:

**WHEREAS**, Plaintiffs and Paramount Pictures intend to file cross-motions for summary judgment;

**WHEREAS**, the contemplated motions will require the Parties to undertake a substantial similarity analysis comparing in detail the elements of the disputed works for Plaintiffs' copyright infringement claim, on top of briefing the issues presented by Plaintiffs' claims for declaratory relief and breach of contract;

**WHEREAS**, the Parties are aware of the recent change in Local Rules now limiting memoranda of points and authorities to 7,000 words, absent an order from the Court;

**WHEREAS**, on Paramount Pictures' earlier motion to dismiss, the Parties used the full 25 pages allotted under the Court's then-operative rules, yet now would be required to condense their summary judgment briefing into even less space, while also incorporating developments in the record;

**WHEREAS**, the Parties agree that a mutual expansion of the word limit for their summary judgment briefs would enable the Parties to fully flesh out the issues and facilitate the Court's informed decision on the merits.

Based on the foregoing, **IT IS HEREBY STIPULATED** by and between the Parties, through their respective counsel of record, subject to the Court's approval, that:

1. The Parties' memoranda of points and authorities in support of, and in opposition to, their cross-motions for summary judgment each may contain up to 10,000 words; and

2. The Parties' reply briefs in support of their cross-motions for

summary judgment each may contain up to 6,000 words.

3. In the alternative, if the Court is not inclined to grant the requested word limit, that the Parties may submit briefs, in accordance with the Court's prior default rule, of up to 25 pages in support of, or in opposition to, their cross-motions for summary judgment, and up to 12 pages on reply.

Date: October 20, 2023

**O'MELVENY & MYERS LLP**

By: /s/ Molly M. Lens
       Molly M. Lens

Molly M. Lens
mlens@omm.com
Matthew Kaiser
mkaiser@omm.com
Danielle R. Feuer
dfeuer@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067

*Attorneys for Paramount Pictures Corporation*

Date: October 20, 2023

**TOBEROFF & ASSOCIATES, P.C.**

By: /s/ Marc Toberoff
       Marc Toberoff

Marc Toberoff
mtoberoff@toberoffandassociates.com
23823 Malibu Road, Suite 50-363
Malibu, CA 90265

Alex Kozinski
alex@kozinski.com
719 Yarmouth Rd, Suite 101
Palos Verdes Estates, CA 90274

*Attorneys for Plaintiffs*

**SIGNATURE ATTESTATION**

Pursuant to CACD Local Rule 5-4.3.4(a)(2)(i), I certify that I have obtained authorization to file this document from the other signatories to this document and that all other signatories have authorized placement of their electronic signature on this document.

Date: October 20, 2023               **O'MELVENY & MYERS LLP**

By: _____/s/ Molly M. Lens_____
          Molly M. Lens