# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOSH YONAY, an individual, and YUVAL YONAY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PARAMOUNT PICTURES CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. 2:22-CV-3846-PA-GJS<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR EXPANSION OF WORD LIMIT FOR SUMMARY JUDGMENT BRIEFING**<br><br>District Judge: Hon. Percy Anderson<br>Magistrate Judge: Hon. Gail J. Standish |

**[PROPOSED] ORDER**

The Court has reviewed and considered the Parties' Joint Stipulation for an order expanding the word limit for summary judgment briefing. The Court hereby **GRANTS** the Joint Stipulation and **ORDERS** as follows:

1. The Parties' memoranda of points and authorities in support of, and in opposition to, their cross-motions for summary judgment each may contain up to 10,000 words; and

2. The Parties' reply briefs in support of their cross-motions for summary judgment each may contain up to 6,000 words.

**OR**

The Court has reviewed and considered the Parties' Joint Stipulation for an order expanding the word limit for summary judgment briefing. The Court hereby **GRANTS IN PART** the Joint Stipulation and **ORDERS** as follows:

1. The Parties may submit briefs, in accordance with the Court's prior default rule, of up to 25 pages in support of, or in opposition to, their cross-motions for summary judgment, and up to 12 pages on reply.

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
Hon. Percy Anderson
United States District Judge