1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOSH YONAY, an individual, and YUVAL YONAY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PARAMOUNT PICTURES CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. 2:22-CV-3846-PA-GJS<br><br>**ORDER GRANTING JOINT STIPULATION FOR EXPANSION OF WORD LIMIT FOR SUMMARY JUDGMENT BRIEFING**<br><br>District Judge: Hon. Percy Anderson<br>Magistrate Judge: Hon. Gail J. Standish |

1

## <u>**ORDER**</u>

2

       The Court has reviewed and considered the Parties' Joint Stipulation for

3

an order expanding the word limit for summary judgment briefing. The Court

4

hereby **GRANTS IN PART** the Joint Stipulation and **ORDERS** as follows:

5

       1.      The Parties may submit briefs, in accordance with the Court's prior

6

default rule, of up to 25 pages in support of, or in opposition to, their cross-

7

motions for summary judgment, and up to 12 pages on reply.

8

9

**IT IS SO ORDERED.**

10

11

 Dated:  October 23, 2023

12

_____

13

                                        Percy Anderson
                                United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER