MOLLY M. LENS (S.B. #283867)
 mlens@omm.com
MATTHEW KAISER (S.B. #304714)
 mkaiser@omm.com
DANIELLE R. FEUER (S.B. #324174)
 dfeuer@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California  90067-6035
Telephone:  +1 310 553 6700
Facsimile:   +1 310 246 6779

*Attorneys for Defendant
Paramount Pictures Corporation*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOSH YONAY and YUVAL YONAY,<br><br>   Plaintiffs,<br><br>   v.<br><br>PARAMOUNT PICTURES CORPORATION, a Delaware corporation, and DOES 1-10,<br><br>   Defendants. | Case No. 2:22-CV-3846-PA<br><br>**NOTICE OF APPEARANCE** |

**TO THE COURT, PLAINTIFFS, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Danielle R. Feuer of O'MELVENY & MYERS LLP hereby enters her appearance in the above-captioned matter as additional counsel for Defendant Paramount Pictures Corporation and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon her at the following address:

Danielle R. Feuer
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537
Telephone: (212) 326-2000
Email: dfeuer@omm.com

Dated:  November 6, 2023

**O'MELVENY & MYERS LLP**
DANIELLE R. FEUER


By:   */s/ Danielle R. Feuer*
        Danielle R. Feuer

*Attorneys for Defendant Paramount Pictures Corporation*