MOLLY M. LENS (S.B. #283867)
  mlens@omm.com
MATTHEW KAISER (S.B. #304714)
  mkaiser@omm.com
DANIELLE R. FEUER (S.B. #324174)
  dfeuer@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California  90067-6035
Telephone:  +1 310 553 6700
Facsimile:   +1 310 246 6779

*Attorneys for Defendant*
*Paramount Pictures Corporation*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOSH YONAY and YUVAL YONAY,<br><br>Plaintiffs,<br><br>v.<br><br>PARAMOUNT PICTURES CORPORATION, a Delaware corporation, and DOES 1-10,<br><br>Defendants. | Case No. 2:22-CV-3846-PA<br><br>**DEFENDANT PARAMOUNT PICTURES CORPORATION'S NOTICE OF LODGING OF *TOP GUN: MAVERICK* DVD IN SUPPORT OF MOTION TO EXCLUDE EXPERT REPORT AND TESTIMONY OF HENRY BEAN**<br><br>**Hearing Date:** January 8, 2024<br>**Hearing Time:** 1:30 PM<br>**Place:** Courtroom 9A<br>**Judge:** Hon. Percy Anderson |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** in support of its contemporaneously filed Notice of Motion and Motion to Exclude Expert Report and Testimony of Henry Bean, Defendant Paramount Pictures Corporation ("Paramount Pictures") hereby lodges the following item with the Court in support of its Motion:

- **Exhibit 10** to the November 6, 2023 Declaration of Matthew Kaiser in Support of Paramount Pictures' Motion to Exclude Expert Report and Testimony of Henry Bean—a DVD copy of Paramount Pictures' 2022 film *Top Gun: Maverick*.  If the Court prefers, Paramount Pictures is happy to deliver a digital copy of the film for ease of reference.

Dated:  November 6, 2023

O'MELVENY & MYERS LLP

By:  */s/ Molly M. Lens*
Molly M. Lens

*Attorney for Defendant
Paramount Pictures Corporation*

**Certificate of Service**

I hereby certify that on November 6, 2023, I caused to be served a true and correct copy of the foregoing Notice of Lodging and a true and correct copy of **Exhibit 10** to the November 6, 2023 Declaration of Matthew Kaiser in Support of Paramount Pictures Corporation's Motion to Exclude Expert Report and Testimony of Henry Bean on counsel for Plaintiffs at the addresses below by sending it via FedEx Overnight, for delivery on the next business day.

Marc Toberoff
Toberoff & Associates
23823 Malibu Road, Suite 50-363
Malibu, California 90265

Date: November 6, 2023

Respectfully submitted:

Ana Peña

2

NOTICE OF LODGING
CASE NO. 2:22-CV-3846-PA