1  MOLLY M. LENS (S.B. #283867)
   mlens@omm.com
2  MATTHEW KAISER (S.B. #304714)
   mkaiser@omm.com
3  DANIELLE R. FEUER (S.B. #324174)
   dfeuer@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 8th Floor
5  Los Angeles, California 90067-6035
   Telephone: +1 310 553 6700
6  Facsimile: +1 310 246 6779

7  *Attorneys for Defendant*
   *Paramount Pictures Corporation*
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| SHOSH YONAY and YUVAL YONAY, | Case No. 2:22-CV-3846-PA-GJS |
|---|---|
| Plaintiffs, | **DECLARATION OF JOSEPH KOSINSKI IN SUPPORT OF DEFENDANT PARAMOUNT PICTURES CORPORATION'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation, and DOES 1-10, | Hearing Date: January 8, 2024<br>Time: 1:30 p.m.<br>Place: Courtroom 9A<br>Judge: Hon. Percy Anderson<br>Date Filed: June 6, 2022<br>Trial Date: May 7, 2024 |
| Defendants. | |

I, Joseph Kosinski, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I submit this declaration based on my personal knowledge as set forth herein and, if called and sworn as a witness, I could and would testify competently thereto.

2. I was deposed in this matter on September 26, 2023. I stand by my deposition testimony. During my deposition, while I was asked many questions about the post-production process and timeline, I was asked fewer questions about the development of the screenplay for, and the production of, *Top Gun: Maverick*. This declaration supplements and expands upon my September 26, 2023 deposition testimony regarding the development and production of the movie.

3. I had the pleasure and privilege of serving as the Director for *Top Gun: Maverick*. Broadly speaking, the director for a movie is in charge of the creative aspects of a movie, and I performed this role with respect to *Top Gun: Maverick*. I was thus closely involved in the development of the screenplay of *Top Gun: Maverick* and the production, including filming, of the movie.

4. I started working on *Top Gun: Maverick* in 2017. At that time, draft scripts had been written by both Peter Craig and Justin Marks, and I read two of the drafts written by Mr. Marks. Both Mr. Craig and Mr. Marks ultimately received a "Story By" credit for their contributions to the movie.

5. While I liked, and wanted to keep, certain aspects of the prior scripts, I also had my own creative vision for the movie. I worked with several writers—Eric Singer, Ehren Kruger, and Christopher McQuarrie—on screenplays to bring that vision to fruition. Mr. Singer, Mr. Kruger, and Mr. McQuarrie shared "Screenplay By" credit for their contributions to the movie.

6. As I testified in my deposition, I have not read the article *Top Guns*, which I understand was published in *California Magazine* in 1983 (the "Article"). I also do not recall anyone involved in the making of *Top Gun: Maverick* mentioning the Article. Nor did it come up during my research on the project.

7.      During the development of the screenplay, as well as the production of the movie itself, we worked closely with the United States Navy. The number of Navy personnel who assisted with the movie is reflected in the movie's credits. The document attached hereto as **Exhibit 1** show the credits provided to Navy personnel. These credits reflect not only the extent of individual Navy personnel involved but also their significant and varied contributions to the film. And, to be clear, there were many others who did not receive credit. In developing the screenplay and production for the film, I worked especially closely with Capt. J.J. "Yank" Cummings and Capt. Brian "Ferg" Ferguson, who received "Naval Aviation Advisor" and "Naval Aviation Technical Advisor/Aerial Coordinator" credits, respectively. *See* **Exhibit 1**; *see also Top Gun: Maverick* at 2:06:33.

8.      The collaboration with the Navy was intentional and continuous—and important. Among other reasons, we wanted the Navy's help to ensure that we got things right. These efforts to ensure accuracy and realism pervaded the development and production process and ranged from topics such as Navy life to the Top Gun program to Naval aviation and combat to mechanical aspects of fighter jets.

9.      For example, we worked with the Navy to ensure that the dialogue in the movie was authentic. In fact, we had Navy personnel review our script and help us ensure that we got the "lingo" right. Attached hereto as **Exhibits 2 and 3** (TGM0131145 & TGM0131146; TGM0167808) are examples of our working with the Navy on the dialogue for the movie.

10.     We also worked with the Navy on the plot of the movie. As one example, in the third act of the movie, the pilots' mission tracks one described to us by Navy pilots. Specifically, during our conversations with Navy personnel, we asked them to describe the most difficult and terrifying mission that they could imagine. The final mission in the movie uses elements described to us by the Navy pilots, including flying at high-speeds through canyons at low altitudes, facing anti-

aircraft surface-to-air missiles, and having to battle superior aircraft in order to escape enemy territory.  Attached hereto as **Exhibits 4, 5 and 6** (TGM0158868; TGM0132720; TGM0129544 & TGM0129545) are examples of our working with the Navy on the plot for the movie.

11. We also solicited stories from Navy personnel's professional and personal lives to get a sense of their personalities and mannerisms.  Attached hereto as **Exhibits 7 and 8** (TGM0166907 & TGM0166908; TGM0158790) are examples of our working with the Navy on the plot aspects involving character development.

12. To ensure accuracy of the aviation training and mission in the film, we also worked closely with Naval advisors to verify we had the technical aspects of the fighter jets and other equipment correct.  Attached hereto as **Exhibit 9** (TGM0129549) is an example of Lieutenant Adam Hall setting up a call with myself and a number of other Navy consultants to go over "F-35 and F-18 pros/cons."

13. As part of the development and production process, I visited a number of United States Navy air stations, including Naval Air Station Fallon in Fallon, Nevada (the current location of the Top Gun school), Naval Air Station North Island in San Diego, California (where we set Top Gun in the movie), and Naval Air Station Lemoore in Fresno, California. (Eric Singer, Ehren Kruger, and Christopher McQuarrie—the credited screenwriters with whom I worked—joined me on some of these visits).  I also visited one of the Navy's air force carriers and spent several days with Navy personnel on that ship.  Attached hereto as **Exhibit 10** (TGM0131021) is an example of a communication with Captain J.J. "Yank" Cummings after Darren Gilford, the first Production Designer on the film, and I visited his ship as guests—Yank also mentions arranging future visits to Naval Air Station Lemoore and Fallon.  I also met countless times with other Navy personnel and communicated with them even more.

14. While at Fallon, I visited the Officer's Club, that is, the bar on the

base. The first time that I visited the Officer's Club, I put my cell phone on the bar. This invoked the Club's "rules," thereby requiring me to buy a round for everyone in the bar, which I did. There is a bell at the bar in Fallon and it was rung when I violated the Club's rules and had to buy a round. This inspired the scene in the film, in which a bell is rung and Maverick is forced to buy a round for everyone in the Navy bar after he violates bar rules by placing his phone on the bar.

15. I also visited the Officer's Club in North Island, which is called the I-Bar. There, I took the photographs that are shown in **Exhibit 11** (TGM0167791). In these photos, you can see the rules for the Club, as well as the type of memorabilia decorating the bar. While I did not take a picture of the bell, there also is a bell at North Island's I-Bar that is rung when someone breaks the rules and has to buy a round. The inside of the bar, including the bell, is shown in **Exhibit 12** (CBS 8 San Diego News Segment "The infamous I Bar on Naval Air Station North Island featured in Top Gun"), and I recognize the inside of the bar from my visit there.

16. We used real Navy planes in shooting the movie. Because of this, I became very knowledgeable about how expensive Navy planes are and how expensive they are to fly. Each plane has a certain number of hours that it can be flown, meaning that every time the plane goes in the air, the plane has fewer hours left to fly. On top of this, just the amount of fuel the planes use is incredibly expensive by the hour. Because we were using real Navy jets, we had to manage these costs as part of the production budget.

17. The features of the Navy equipment used in the film, including technical aspects such as displays, wing functions, and afterburners are real (aside from changes we were required to make to avoid revealing classified information). Attached hereto as **Exhibit 13** (TGM0132693) are notes from a call with Navy consultants detailing availability and filming capabilities of various Navy equipment, including fighter jets and carriers. Further, the footage in the movie of

the planes flying—including the evasive maneuvers and dogfighting—are real. We also actually had our actors (portraying the pilots) filmed in Navy planes in flight. I have described this innovative filming process many times in press interviews for the movie. One such example is attached hereto as **Exhibit 14** (Sep. 26, 2023 J. Kosinski Depo. Ex. 17).

18. As noted above, Top Gun is currently located at Fallon, Nevada. For creative reasons, we did not want the school to be located in the desert and preferred to have the training occur near the beach. During discussions with Navy personnel, I learned that Top Gun sometimes operates from a different location, with this called a "detach." The movie thus shows a Top Gun detach at North Island, California, with North Island being a real Navy Air Station near the beach. (and not the desert).

19. I have not read Plaintiffs' complaint or their chart of claimed similarities. I have also not read Henry Bean's expert report. Counsel for Paramount Pictures, however, has asked me to comment on the below two claimed similarities.

20. *First,* I understand that Plaintiffs claim that the Article and *Top Gun: Maverick* are similar because the fictional Admiral Chester "Hammer" Cain character in the movie, played by Ed Harris, tells Maverick that planes soon "won't need pilots [like Maverick] at all," and are soon to be replaced by technology, such as drones. While I cannot comment on the Article, as I have never read it, the idea for the line in the movie came from conversations with Navy pilots, who told me (and others involved in making the movie) about the impact on technology— including drone technology—on their careers.

21. *Second*, I understand that Plaintiffs claim that the Article and *Top Gun: Maverick* are similar because a bullseye is used as a metaphor for the Naval caste system of pilots in the Article and, in the film, Lt. Jake "Hangman" Seresin (played by Glen Powell) lands three darts in the bullseye of the dart board at the

5   JOSEPH KOSINSKI DECLARATION
CASE NO. 2:22-CV-3846-PA-GJS

bar. While I offer no thoughts on how a bullseye is used for a metaphor in the Article since I haven't read it, the concept of a bullseye would come up, as their training exercises often involved hitting targets. Further, the idea for the dart board scene reflects that many officer's clubs had games such as pool and darts that pilots would enjoy in their free time. (In fact, the film also depicts Hangman sinking pool shots without looking.)

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 2, 2023 in Daytona, Florida.

_____
Joseph Kosinski