MOLLY M. LENS (S.B. #283867)
mlens@omm.com
MATTHEW KAISER (S.B. #304714)
mkaiser@omm.com
DANIELLE R. FEUER (S.B. #324174)
dfeuer@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067-6035
Telephone: +1 310 553 6700
Facsimile: +1 310 246 6779

*Attorneys for Defendant*
*Paramount Pictures Corporation*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOSH YONAY and YUVAL YONAY,<br><br>Plaintiffs,<br><br>v.<br><br>PARAMOUNT PICTURES CORPORATION, a Delaware corporation, and DOES 1-10,<br><br>Defendants. | Case No. 2:22-CV-3846-PA<br><br>**DECLARATION OF MATTHEW KAISER IN SUPPORT OF PARAMOUNT PICTURES CORPORATION'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>**Hearing Date:** January 8, 2024<br>**Hearing Time:** 1:30 PM<br>**Place:** Courtroom 9A<br>**Judge:** Hon. Percy Anderson |

I, Matthew Kaiser, declare and state:

1. I am a member in good standing of the State Bar of California and am a counsel at O'Melveny & Myers LLP.

2. I am counsel for Defendant Paramount Pictures Corporation ("PPC") in the above-entitled action, and I make this declaration in support of PPC's Motion for Summary Judgment (the "Motion"). I have personal knowledge of the matters set forth in this declaration and if called to testify to the facts stated herein, I could and would do so competently.

### L.R. 7-3 Meet and Confer

3. On October 11, 2023, my colleague Danielle Feuer sent Plaintiffs' counsel a meet-and-confer letter pursuant to Local Rule 7-3 advising Plaintiffs' counsel of PPC's intent to file the Motion as well as a motion to exclude the expert report and testimony of Henry Bean and outlining the grounds for both motions.

4. On October 13, 2023, my colleague Danielle Feuer and I met and conferred with Plaintiffs' counsel Marc Toberoff via Zoom videoconference about the grounds for and substantive legal arguments in support of the Motion. The parties were unable to reach a resolution.

### Exhibits

5. Attached hereto as **Exhibit 1** is a true and correct copy of an excerpt of *No Margin for Error* by Ehud Yonay, produced by Plaintiffs in this matter with the Bates numbers YONAY00056 – YONAY00057 and YONAY00501, and marked as Exhibit 36 to Plaintiff Shosh Yonay's October 5, 2023 deposition.

6. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from Plaintiff Shosh Yonay's October 5, 2023 deposition.

7. Attached hereto as **Exhibit 3** is a true and correct copy of the webpage http:/www.yonayolives.co.il/Site/he/pages/inPage.asp?catlD=74, as it appeared on November 23, 2010, retrieved by me on August 1, 2023 using https://www.archive.com, produced by PPC in this matter with the Bates numbers

1  TGM0168158 – TGM0168160, and marked as Exhibit 31 to Plaintiff Shosh
2  Yonay's October 5, 2023 deposition.
3      8.   Attached hereto as **Exhibit 4** is a true and correct copy of the webpage
4  http:/www.yonayolives.co.il/Site/he/pages/inPage.asp?catlD=74, as it appeared on
5  December 26, 2020, retrieved by me on August 1, 2023 using
6  https://www.archive.com, produced by PPC in this matter with the Bates numbers
7  TGM0168155 – TGM0168157, and marked as Exhibit 32 to Plaintiff Shosh
8  Yonay's October 5, 2023 deposition.
9      9.   Attached hereto as **Exhibit 5** is a true and correct copy of Plaintiff
10 Shosh Yonay's August 21, 2023 Amended Responses and Objections to PPC's
11 First Set of Requests for Admission.
12     10.  Attached hereto as **Exhibit 6** is a true and correct copy of Plaintiff
13 Yuval Yonay's August 21, 2023 Amended Responses and Objections to PPC's
14 First Set of Requests for Admission.
15     11.  Attached hereto as **Exhibit 7** is a true and correct copy of Plaintiff
16 Shosh Yonay's September 28, 2023 Responses and Objections to PPC's Second Set
17 of Interrogatories.
18     12.  Attached hereto as **Exhibit 8** is a true and correct copy of Plaintiff
19 Yuval Yonay's September 28, 2023 Responses and Objections to PPC's Second Set
20 of Interrogatories.
21     13.  Attached hereto as **Exhibit 9** is a true and correct copy of Plaintiffs'
22 First Amended Complaint, filed August 31, 2022 as ECF Docket No. 16.
23     14.  Attached hereto as **Exhibit 10** is a true and correct copy of the July 7,
24 2023 Expert Report of Henry Bean.
25     15.  Attached hereto as **Exhibit 11** is a true and correct copy of excerpts
26 from Henry Bean's September 13, 2023 deposition.
27     16.  Attached hereto as **Exhibit 12** is a true and correct copy of Plaintiff
28 Shosh Yonay's August 21, 2023 Amended Responses and Objections to PPC's

1  First Set of Interrogatories.

2  17.  Attached hereto as **Exhibit 13** is a true and correct copy of Plaintiff Yuval Yonay's August 21, 2023 Amended Responses and Objections to PPC's First Set of Interrogatories.

3  18.  Attached hereto as **Exhibit 14** is a true and correct copy of a Navy.com webpage titled "PATCH WEARERS" and subtitled "THE REAL TOPGUN," located at https://www.navy.com/faces-fleet-ep-19-patch-wearers, retrieved by me on August 2, 2023, and produced in this matter by PPC with Bates numbers TGM0168161 – TGM0168172.

4  19.  **Exhibit 15** to this declaration is a true and correct copy of a video clip titled "Ep. 19: Patch Wearers: The Real TOPGUN" with a runtime of 8 minute and 44 seconds from a Navy.com webpage located at https://www.navy.com/faces-fleet-ep-19-patch-wearers, retrieved by me on August 2, 2023, and produced in this matter by PPC with Bates number TGM0168173. A physical copy of Exhibit 15 is being lodged with the Court on a USB drive.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 6, 2023 in Los Angeles, California.

_Matthew Kaiser_