# NO MARGIN FOR ERROR

## THE MAKING OF THE ISRAELI AIR FORCE

### Ehud Yonay



EXHIBIT 36
S. Yonay
10/5/2023
R. Holmes, CSR

Preparing for this second edition of Ehud's work, I am grateful to and wish to acknowledge the many people who helped make it possible:

General Hertzel Boodinger, former IAF commander for dedicating time, and for contributing his writing of the new introduction for this edition.

Lieutenant General Iftach Spector, former commander of Tel Nof, for his support and confirmation of facts.

Lieutenant Colonel Motty Havakuk, head of History and Information in the Air Force for his welcoming and enlightening conversation, for retrieving authentic photos, support, and guidance.

Dr. Florence Luxenberg-Eisenberg for her proofreading and assistance in translation.

Nissan Anat, for restoration of original edition.

Mr Dubi Tal from Albatross, for retrieving the original cover photo.

Mr David Snyder for helping with translations.

Mr Amy Ravid for graphic assistance.

Avi Lifshitz, for his time and dedication through the whole production.

To my son Yuval, may the wind always be at your back!

Copyright© 1993 by Ehud Yonay
All rights to second edition reserved to Shosh Yonay.
eyonay@zahav.net.il
Library of Congress Cataloging-in-Publication Data
Yonay, Ehud.
No margin for error: the making of the Israeli Air Force / Ehud Yonay.
  Includes index.
ISBN 0-679-41563-7
I. Title.
UG635.175Y66          1992
358.4'0095694 -dc20

BOOK DESIGN BY JUDY CHRISTENSEN
Maps by Eric Elias
Revised Second Edition Manufactured in Israel 2015

## About the Author

Israeli-born Ehud Yonay is an award-winning West Coast investigative reporter whose articles have appeared in many publications nation-wide. His 1983 "Top Guns" story about U.S. Navy fighter pilots was made into the movie Top Gun. It also led to the nine years of research into the history and making of the Israeli Air Force, which resulted in this book. Yonay divides his time between his West Coast residence and his family olive farm in northern Israel.

YONAY00501