# EXHIBIT 37

*Yonay vs. Paramount Pictures Corporation*

Case No. 2:22-CV-3846-PA-GJS

(C.D. Cal.), Dkt. X

"Naked Hollywood" Interview of Jerry Bruckheimer & Don Simpson on Flash Drive

Lodged Concurrently Herewith