# EXHIBIT 38

# TRANSCRIPT OF EXCERPT FROM
# *NAKED HOLLYWOOD* (1991) VIDEOTAPED INTERVIEW OF
# JERRY BRUCKHEIMER AND DON SIMPSON
# PRODUCED BY PLAINTIFFS
# (YONAY01222)

| | |
|---|---|
| **JERRY BRUCKHEIMER:** What really started *Top Gun* was Don and I at this point had made I guess *Flash Dance* together, and we had separate offices here on the Paramount lot. | 00:15:33<br>00:15:35<br>00:15:39 |
| I walked over to his office, and as usual he has about a hundred magazines, current magazines, sitting in his outer office. He was on the phone and so I'm thumbing through all these different magazines, and I hit this amazing photograph and I think it's called *Top Guns*. | 00:15:43<br>00:15:45<br>00:15:50<br>00:15:53<br>00:15:56 |
| And I look at this thing; And I walk in his office, and as I'm reading it, I flip it upside down on his desk as he's talking and carrying on; and he looks at this thing and his eyes like get enormous. He hangs up the phone, he speed reads the thing, "We got to get this. We got to buy this." And so he calls our development girl in and she comes running in the office. He said "Get on the phone with *California Magazine*. We want this right away." | 00:15:59<br>00:16:01<br>00:16:05<br>00:16:10<br>00:16:13<br>00:16:15<br>00:16:18 |
| And that's how it started. That was the first, first thing that happened on *Top Gun*. | 00:16:20<br>00:16:23<br>00:16:24 |
| **[Music Plays]** *Highway to the Danger Zone* | 00:16:25<br>00:16:26 |

| | |
|---|---|
| **DON SIMPSON:** Let me correct one element first. While he was still looking at the magazine right side up, I was reading it upside down because I noticed how transfixed he was, and I was kind of not paying total attention to my phone call. And I started reading the article upside down, which is why he turned it around: because he saw I was doing that. | 00:16:29 00:16:33 00:16:36 00:16:40 00:16:43 00:16:46 |
| **JERRY BRUCKHEIMER:** An executive trade they learned this. Executive training you got to read your boss's mail on the desk upside down. | 00:16:48 00:16:49 00:16:52 |
| **DON SIMPSON:** Yeah, it's true. It's, it's, it's a tool of the executive warrior trade: You learn to steal information from wherever you can. What grabbed me was the colorful incidents, anecdotes, and characters. These guys had names like, like Hollywood; | 00:16:53 00:16:54 00:16:56 00:17:00 00:17:05 00:17:10 |
| **[Cut to Scene from Top Gun:]** **Maverick (Tom Cruise):** We're losing Viper; Let's just stay on Jester. | 00:17:11 00:17:12 |
| **JERRY BRUCKHEIMER:** Yogi; Possum. | 00:17:13 |
| **DON SIMPSON:** Yogi and Possum. I mean they were all animals, and characters, and this was true. | 00:17:14 00:17:16 |
| **[Cut to Scene from Top Gun:]** **Maverick (Tom Cruise):** Holy shit, it's | 00:17:17 00:17:18 |

2

| | |
|---|---|
| Maverick and Goose. | 00:17:19 |
| **DON SIMPSON:** And there was terminology. I mean both of us are terminology freaks. | 00:17:20 <br> 00:17:21 |
| **[Cut to Scene from Top Gun:]** <br> **Maverick (Tom Cruise):** I've got my eye on the northern bogey. | 00:17:22 <br> 00:17:23 <br> 00:17:24 |
| **DON SIMPSON:** All this process and detail is magical when it comes to drama. It's the stuff that dreams are made of, in particular when it's real. | 00:17:25 <br> 00:17:28 <br> 00:17:31 |
| **[Cut to Scene from Top Gun:]** <br> [Fighter jets screaming by] | 00:17:32 <br> 00:17:33 <br> 00:17:34 |
| **DON SIMPSON:** One of the head admins said: "Well, tell us about the movie you're going to make." I said "Well, we're going to make a movie about the Top Gun School." He says "No, tell me the story." <br>     I looked at Jerry and basically what I did is I stood up, and started walking around the room. And I told them I told him about the spirit of the movie, which means gentlemen, we are going to make a movie about the process of becoming a Top Gun, and we are going to dramatically expose you to what it's like to go through the process, and succeed at it, and the price you have | 00:17:35 <br> 00:17:38 <br> 00:17:40 <br> 00:17:42 <br> 00:17:44 <br> 00:17:47 <br> 00:17:49 <br> 00:17:56 <br> 00:18:00 <br> 00:18:06 |

3

| | |
|---|---|
| to pay to be frankly the most important warrior we have. | 00:18:10 |
| **[Cut to Scene from Top Gun:]** | 00:18:15 |
| **Maverick (Tom Cruise):** Wooh! Rock and roll! | 00:18:16 |