Marc Toberoff (S.B. #188547)
*mtoberoff@toberoffandassociates.com*
Jaymie Parkkinen (S.B. # 318394)
*jparkkinen@toberoffandassociates.com*
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

Alex Kozinski (S.B. # 66473)
*alex@kozinski.com*
33 Marguerite Drive
Rancho Palos Verdes, CA 90275
Telephone: (310) 541-5885
Facsimile: (310) 265-4653

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOSH YONAY, an individual, and YUVAL YONAY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PARAMOUNT PICTURES CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. 2:22-CV-3846-PA-GJS<br><br>**PLAINTIFFS' NOTICE OF LODGING OF USB DRIVE CONTAINING VIDEO-RECORDED INTERVIEW OF DON SIMPSON AND JERRY BRUCKHEIMER**<br><br>**Hearing Date:** January 8, 2024<br>**Hearing Time:** 1:30 PM<br>**Place:** Courtroom 9A<br>**Judge:** Hon. Percy Anderson |

**TO DEFENDANT, AND ITS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant L.R. 5-4.2 *et seq.*, Plaintiffs Shosh Yonay and Yuval Yonay ("Plaintiffs"), by and through its counsel of record, hereby lodge with the Court a USB thumb drive containing **Exhibit 37** to the Declaration of Marc Toberoff in Support of Plaintiffs' Motion for Summary Judgment. The USB thumb drive contains a true and correct copy of a video recording produced electronically in discovery to counsel for Defendant Paramount Pictures Corporation. The subject video recording is of an interview of "Top Gun" (1986) film producers Don Simpson and Jerry Bruckheimer for the show "Naked Hollywood" which premiered on the A&E Network in 1991. In the interview, the two producers state that the 1986 "Top Gun" film was derived from Plaintiffs' published copyrighted story, "Top Guns," from which they copied "colorful incidents, anecdotes, and characters."

Date: November 6, 2023

TOBEROFF & ASSOCIATES, P.C.

By: */s/ Marc Toberoff*
Marc Toberoff

*Attorneys for Plaintiffs*