MOLLY M. LENS (S.B. #283867)
mlens@omm.com
MATTHEW KAISER (S.B. #304714)
mkaiser@omm.com
DANIELLE R. FEUER (S.B. #324174)
dfeuer@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California  90067-6035
Telephone:  +1 310 553 6700
Facsimile:   +1 310 246 6779

*Attorneys for Defendant*
*Paramount Pictures Corporation*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOSH YONAY and YUVAL YONAY,<br><br>Plaintiffs,<br><br>v.<br><br>PARAMOUNT PICTURES CORPORATION, a Delaware corporation, and DOES 1-10,<br><br>Defendants. | Case No. 2:22-CV-3846-PA<br><br>**PARAMOUNT PICTURES CORPORATION'S NOTICE OF ERRATA TO DECLARATION OF MATTHEW KAISER IN SUPPORT OF PARAMOUNT PICTURES CORPORATION'S MOTION FOR SUMMARY JUDGMENT**<br><br>**Judge:** Hon. Percy Anderson<br>**Place:** Courtroom 9A |

# NOTICE OF ERRATA

Defendant Paramount Pictures Corporation ("PPC") respectfully submits this Notice of Errata to the November 6, 2023 Declaration of Matthew Kaiser in Support of PPC's Notice of Motion and Motion for Summary Judgment ("Kaiser Declaration"), Dkt. 61, in order to correct inadvertent clerical errors. Exhibit 2 to the Kaiser Declaration, filed on November 6, 2023 (Dkt. 61-2), which contains excerpts from Plaintiff Shosh Yonay's October 5, 2023 deposition transcript, was inadvertently filed without pages 41 and 46 of the transcript, both of which are cited in PPC's Separate Statement of Undisputed Facts in Support of PPC's Motion for Summary Judgment. *See* Dkt. 58-1 at 2 (¶ 1). Further, all of the exhibits to the Kaiser Declaration (Dkt. 61-1 – 61-15) were filed without slipsheets identifying their respective exhibit numbers. PPC will correct these inadvertent errors by filing a Corrected Declaration of Matthew Kaiser in Support of PPC's Notice of Motion and Motion for Summary Judgment that includes: (1) the aforementioned inadvertently omitted pages to Exhibit 2; and (2) slipsheets for all exhibits. No other changes will be made.

Dated: November 11, 2023

O'MELVENY & MYERS LLP

By: */s/ Matthew Kaiser*
Matthew Kaiser

*Attorneys for Defendant Paramount Pictures Corporation*