1
2
3
4      **UNITED STATES DISTRICT COURT**
5      **CENTRAL DISTRICT OF CALIFORNIA**
6
7   SHOSH YONAY, an individual, and
    YUVAL YONAY, an individual,
8
9               Plaintiffs,
10
        v.
11
    PARAMOUNT PICTURES
12  CORPORATION, a Delaware
    corporation,
13
14              Defendant.
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 2:22-CV-3846-PA-GJS

**ORDER GRANTING JOINT STIPULATION REGARDING MODIFICATION OF TRIAL AND PRETRIAL DATES**

District Judge: Hon. Percy Anderson
Magistrate Judge: Hon. Gail J. Standish

# ORDER

The Court has reviewed and considered the Parties' Joint Stipulation for an order modifying the pretrial schedule. The Court hereby **GRANTS** the Joint Stipulation and **ORDERS** as follows:

☐   Damages discovery is stayed and all remaining deadlines are held in abeyance pending the Court's ruling on the Parties' cross-motions for summary judgment.

☒   The deadline to complete damages discovery continued to May 6, 2024, the damages expert report deadline continued to March 18, 2024, and the rebuttal damages expert report deadline continued to April 8, 2024.  Following the resolution of the parties' pending cross motions for summary judgment, to the extent necessary, the parties shall promptly meet and confer and submit a proposed schedule for the balance of the schedule.

Dated:  November 17, 2023

_____
Percy Anderson
United States District Judge