# EXHIBIT A



**Marc Toberoff <mtoberoff@toberoffandassociates.com>**

---

## TGM: Preview Cut

---

**Lens, Molly M.** <mlens@omm.com>                                      Mon, Nov 20, 2023 at 5:27 PM
To: Marc Toberoff <mtoberoff@toberoffandassociates.com>, Spencer Gibbs <sgibbs@toberoffandassociates.com>
Cc: "Kaiser, Matthew" <mkaiser@omm.com>, "Feuer, Danielle" <dfeuer@omm.com>, "Pena, Ana" <apena@omm.com>

Counsel -

PPC is making a supplemental production via hand-delivery to your business address.  The production contains a single physical DVD, with the Bates number TGM0168227, marked HIGHLY CONFIDENTIAL.  The DVD is the December 11, 2019 "Preview Cut" of *Top Gun: Maverick*, which is the latest preview version of the film before January 24, 2020.  In preparing our opposition to Plaintiffs' motion for summary judgment, we realized the Preview Cut was inadvertently not produced, which is why it is being produced now.

PPC intends to file an application for leave to file the Preview Cut under seal, on the basis that its public disclosure would reveal to PPC's competitors the details of its highly sensitive post-production process, which is proprietary to PPC, and also give competitors insight into the confidential creative decisions that PPC made as it refined the movie.  The Preview Cut has not been publicly released, and those limited persons who were provided access to it were subject to strict confidentiality procedures.  If the Preview Cut were made part of the public record, it would disclose PPC's confidential information in a manner likely to yield improper use and to harm PPC's competitive standing in the industry.  Please advise as soon as possible whether Plaintiffs consent, object, or take no position on PPC's forthcoming sealing application, so that we can advise the Court of Plaintiffs' position.

Thanks,

Molly

## O'Melveny

**Molly M. Lens**

she, her, hers

mlens@omm.com

O: +1-310-246-8593

---

O'Melveny & Myers LLP

1999 Avenue of the Stars, 7th Floor

Los Angeles, CA  90067

Website | LinkedIn | Twitter | Bio

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*