Marc Toberoff (S.B. #188547)
*mtoberoff@toberoffandassociates.com*
Jaymie Parkkinen (S.B. # 318394)
*jparkkinen@toberoffandassociates.com*
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

Alex Kozinski (S.B. # 66473)
*alex@kozinski.com*
33 Marguerite Drive
Rancho Palos Verdes, CA 90275
Telephone: (310) 541-5885
Facsimile: (310) 265-4653

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOSH YONAY, an individual, and YUVAL YONAY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PARAMOUNT PICTURES CORPORATION, a Delaware corporation, and DOES 1-10,<br><br>Defendants. | Case No. 2:22-CV-3846-PA-GJS<br><br>**DECLARATION OF SPENCER GIBBS IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE EVIDENCE NOT PRODUCED DURING DISCOVERY**<br><br>**Hearing Date:** January 8, 2023<br>**Hearing Time:** 1:30 P.M.<br>**Location:** Courtroom 9A<br>**Judge:** Hon. Percy Anderson<br><br>Oral Argument Requested |

I, Spencer Gibbs, pursuant to 28 U.S.C. § 1746, declare as follows:

1.  I am an associate at Toberoff & Associates, P.C., counsel for plaintiffs Shosh Yonay and Yuval Yonay ("Plaintiffs") in this action, and a member of the Bar of this Court. I submit this declaration in support of Plaintiffs' motion to strike evidence not produced during discovery based on my personal knowledge. If called and sworn as a witness, I could and would testify competently thereto.

2.  On September 22, 2023, the parties held a "meet and confer" teleconference on which I and Marc Toberoff were present. During this teleconference, PPC's withholding of relevant responsive documents was discussed at length.

3.  During this meet and confer, Mr. Toberoff, raised numerous issues with PPC's document production, including PPC's failure to produce a single video or audio file (except a DVD of the Sequel), including no interviews and cuts of the film despite Plaintiff's request for same.

4.  During the call, PPC's counsel appeared to deflect and stonewall, arguing that PPC had produced all relevant responsive documents; and that any other videos and audio recordings were either irrelevant, not in PPC's possession, or were archived and inaccessible without undue burden to PPC.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 3, 2023, in Malibu, CA.

By: */s/ Spencer Gibbs*
      Spencer Gibbs

DECLARATION OF SPENCER GIBBS IN SUPP. OF PLS' MOTION TO SRTIKE