1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOSH YONAY, an individual, and YUVAL YONAY, an individual, | Case No. 22-CV-03846-PA-GJS |
| | **[PROPOSED] ORDER DENYING PARAMOUNT PICTURES CORPORATION'S MOTION FOR SUMMARY JUDGMENT** |
| Plaintiffs, | |
| v. | **Hearing Date:** January 8, 2024 |
| | **Hearing Time:** 1:30 P.M. |
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation, and DOES 1-10, | **Place:** Courtroom 9A |
| | **Judge:** Hon. Percy Anderson |
| Defendants. | |

1

**[PROPOSED] ORDER**

2          The Court has reviewed and considered all papers and argument in

3    support of and in opposition to Paramount Pictures Corporation's Motion for

4    Summary Judgment. Based thereon, the Court rules as follows:

5          1.      **IT IS HEREBY ORDERED** that Defendant Paramount Pictures

6    Corporation's Motion for Summary Judgment is **DENIED** in its entirety on the

7    grounds that the Defendant has not met its burden under Rule 56 of the Federal

8    Rules of Civil Procedure to show it is entitled to judgment as a matter of law on

9    any of the claims presented.

10

11          **IT IS SO ORDERED.**

12

13   Dated: _____          _____

14                                    Honorable Percy Anderson
                                      U.S. District Court Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER