UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOSH YONAY, an individual, and YUVAL YONAY, an individual,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PARAMOUNT PICTURES CORPORATION, a Delaware corporation, and DOES 1-10,<br><br>　　　　Defendants. | Case No. 22-CV-03846-PA-GJS<br><br>**[PROPOSED] ORDER DENYING PARAMOUNT PICTURES CORPORATION'S MOTION TO EXCLUDE EXPERT REPORT AND TESTIMONY OF HENRY BEAN**<br><br>**Hearing Date:** January 8, 2024<br>**Hearing Time:** 1:30 P.M.<br>**Place:** Courtroom 9A<br>**Judge:** Hon. Percy Anderson |

**[PROPOSED] ORDER**

The Court has reviewed and considered all papers and argument in support of and in opposition to Paramount Pictures Corporation's Motion to Exclude Expert Report and Testimony of Henry Bean. Based thereon, the Court rules as follows:

1. **IT IS HEREBY ORDERED** that Defendant Paramount Pictures Corporation's Motion to Exclude Expert Report and Testimony of Henry Bean is **DENIED** in its entirety on the grounds that Henry Bean's report and testimony satisfy the standards set forth in Rule 702 of the Federal Rules of Evidence and *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993).

2. Accordingly, Henry Bean may serve as an expert witness in this action.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                         Honorable Percy Anderson
                                         U.S. District Court Judge