Marc Toberoff (S.B. #188547)
mtoberoff@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

Alex Kozinski (S.B. # 66473)
alex@kozinski.com
719 Yarmouth Rd, Suite 101
Palos Verdes Estates, CA 90274
Telephone: (310) 541-5885
Facsimile: (310) 265-4653

*Attorneys for Plaintiffs*

Molly M. Lens (S.B. #283867)
mlens@omm.com
Matthew Kaiser (S.B. #304714)
mkaiser@omm.com
Danielle R. Feuer (S.B. #324174)
dfeuer@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

*Attorneys for Paramount Pictures Corporation*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOSH YONAY, an individual, and YUVAL YONAY, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> PARAMOUNT PICTURES CORPORATION, a Delaware corporation, <br><br> Defendant. | Case No. 2:22-CV-3846-PA-GJS <br><br> **JOINT STIPULATION REGARDING MODIFICATION OF HEARING DATE** <br><br> District Judge: Hon. Percy Anderson <br> Magistrate Judge: Hon. Gail J. Standish |

JOINT STIPULATION

## **STIPULATION**

Plaintiffs Shosh Yonay and Yuval Yonay ("Plaintiffs") and Defendant Paramount Pictures Corporation ("PPC") (collectively, the "Parties") stipulate as follows:

**WHEREAS**, on October 18, 2023, the Court entered an order modifying the filing and hearing dates for motions for summary judgment and to exclude experts;

**WHEREAS**, under the current Schedule of Trial and Pretrial Dates, *see* October 18, 2023 Minute Order (ECF No. 49), the date set for hearing the Parties' cross motions for summary judgment and to exclude experts is January 8, 2024, at 1:30 p.m.;

**WHEREAS**, Plaintiffs have filed a motion to strike, which is also set for hearing on January 8, 2024, at 1:30 p.m.;

**WHEREAS**, Plaintiffs' lead counsel, Marc Toberoff, will be in British Columbia, Canada with his family for the holidays and will not return to Los Angeles until late on January 8, 2024;

**WHEREAS**, in light of Mr. Toberoff's travel plans, Plaintiffs have asked PPC to agree to continue the hearing date on the Parties' motions for summary judgment and to exclude experts and on Plaintiffs' motion to strike, subject to the Court's approval;

**WHEREAS**, to accommodate Plaintiffs, PPC has advised Plaintiffs that PPC will not oppose a short continuance, provided (1) the continuance is to the afternoon of January 11 or any time on January 12 (as counsel for PPC has preexisting conflicts on January 9,10, and the morning of January 11), subject to the Court's willingness to hear the motions then;[1] and (2) the briefing schedule

---

[1] The following Monday, January 15, 2024, is a federal holiday.  PPC does not agree to a two-week extension of the hearing date.  PPC is eager for a ruling on its motion for summary judgment, and any further delay would significantly impact the Parties' time

remains the same on the motion to strike;

**WHEREAS**, this modification will not meaningfully delay the overall progress of the case.

Based on the foregoing, **IT IS HEREBY STIPULATED** by and between the Parties, through their respective counsel of record, subject to the Court's approval, that:

1. The hearing date for the Parties' motions for summary judgment and to exclude experts, and for Plaintiffs' motion to strike, is continued to the afternoon of January 11 or 12, at the Court's choosing.

2. Notwithstanding any change in the hearing date, Plaintiffs' current December 22, 2023 reply deadline in support of their motion to strike shall remain unchanged.

---

to complete damages discovery in the event that the case remains active following the Court's resolution of the Parties' cross-motions for summary judgment.

| | | |
|---|---|---|
| 1 | Date: December 19, 2023 | TOBEROFF & ASSOCIATES, P.C. |
| 2 | | By:   /s/ Marc Toberoff |
| 3 | |          Marc Toberoff |
| 4 | | Marc Toberoff |
| 5 | | *mtoberoff@toberoffandassociates.com* |
| 6 | | 23823 Malibu Road, Suite 50-363 |
|   | | Malibu, CA 90265 |
| 7 | | Telephone: (310) 246-3333 |
| 8 | | *Attorneys for Plaintiffs* |
| 9 | | |
| 10 | | |
| 11 | Date: December 19, 2023 | **O'MELVENY & MYERS LLP** |
| 12 | | By:   */s/ Molly M. Lens* |
| 13 | |          Molly M. Lens |
| 14 | | Molly M. Lens |
| 15 | | mlens@omm.com |
|   | | 1999 Avenue of the Stars, 8th Floor |
| 16 | | Los Angeles, California 90067 |
| 17 | | Telephone: (310) 553-6700 |
|   | | Facsimile: (310) 246-6779 |
| 18 | | |
| 19 | | *Attorneys for Paramount Pictures Corporation* |

## SIGNATURE ATTESTATION

Pursuant to CACD Local Rule 5-4.3.4(a)(2)(i), I certify that I have obtained authorization to file this document from the other signatories to this document and that all other signatories have authorized placement of their electronic signature on this document.

Date: December 19, 2023

TOBEROFF & ASSOCIATES, P.C.

By: _____/s/ Marc Toberoff_____
           Marc Toberoff

Marc Toberoff
mtoberoff@toberoffandassociates.com
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333

*Attorneys for Plaintiffs*