Marc Toberoff (S.B. #188547)
*mtoberoff@toberoffandassociates.com*
Jaymie Parkkinen (S.B. # 318394)
*jparkkinen@toberoffandassociates.com*
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

Alex Kozinski (S.B. # 66473)
*alex@kozinski.com*
33 Marguerite Drive
Rancho Palos Verdes, CA 90275
Telephone: (310) 541-5885
Facsimile: (310) 265-4653

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| SHOSH YONAY, an individual, and YUVAL YONAY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PARAMOUNT PICTURES CORPORATION, a Delaware corporation, and DOES 1-10,<br><br>Defendants. | Case No. 2:22-CV-3846-PA-GJS<br><br>**SECOND DECLARATION OF MARC TOBEROFF IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE EVIDENCE NOT PRODUCED DURING DISCOVERY**<br><br>**Hearing Date:** January 8, 2023<br>**Hearing Time:** 1:30 P.M.<br>**Location:** Courtroom 9A<br>**Judge:** Hon. Percy Anderson |

SECOND DECLARATION OF MARC TOBEROFF IN SUPP. OF PLS' MOT. TO STRIKE

I, Marc Toberoff, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a principal of Toberoff & Associates, P.C., counsel for plaintiffs Shosh Yonay and Yuval Yonay ("Plaintiffs") in this action, and a member of the Bar of this Court. I submit this declaration in support of Plaintiffs' motion to strike evidence not produced during discovery based on my personal knowledge and review of the documents referenced herein. If called and sworn as a witness, I could and would testify competently thereto.

2.      On September 22, 2023, the parties held a meet-and-confer teleconference. During this teleconference, I informed PPC's counsel that, aside from the DVD copy of the *Top Gun: Maverick* (the "Sequel"), Plaintiffs had not received a single audio or video file from PPC. I thereafter reiterated the demand previously made in Plaintiffs' September 14, 2023 Rule 37-1 Letter (Toberoff Decl. I., Ex. F) that PPC produce video and sound recordings documenting the relevant development of the Sequel. In doing so, I expressly told PPC's counsel that the request for such material *was not limited to* "interviews." Without waiving privilege, a review of our notes for this conversation confirm that I stated in no uncertain terms that our request for audio and video files was not limited to interviews, and that PPC's attempts to confine the request to interviews alone was improper. If the Court deems it necessary, and so as not to waive work-product and other applicable privileges, Plaintiffs stand ready to submit the relevant portions of counsel's notes for the Court's in-camera inspection.

3.      During the September 22, 2023 teleconference, PPC's counsel made numerous unreasonable requests, including that Plaintiffs rescan all the documents they had produced and that Plaintiff Shosh Yonay bring "hard copies" of these largely immaterial documents with her when she travels from her home abroad to Los Angeles for her deposition, so that every document

2

SECOND DECLARATION OF MARC TOBEROFF IN SUPP. OF PLS' MOT. TO STRIKE

(primarily other stories and works authored by her husband Ehud Yonay) could be inspected.

4.    Attached hereto as **Exhibit G** is a true and correct copy of an August 29, 2023, meet-and-confer letter sent by Plaintiffs to PPC.

5.    Plaintiffs complied with several unnecessary demands made by PPC, including separating their production into distinct PDF files and redoing the Bates-stamps in a different color.

6.    In this action PPC produced approximately 170,000 pages of documents, many of which were irrelevant, and failed to categorize or include indices for such production.

7.    A true and correct copy of excerpts from Joseph Kosinski's deposition transcript is attached hereto as **Exhibit H**.

I declare under penalty of perjury that the foregoing is true and correct and was executed on November 22, 2023, in Malibu, CA.

By:    */s/ Marc Toberoff*
          Marc Toberoff

3

SECOND DECLARATION OF MARC TOBEROFF IN SUPP. OF PLS' MOT. TO STRIKE