UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-3846 PA (GJSx) | Date | December 26, 2023 |
|---|---|---|---|
| Title | Shosh Yonay, et al. v. Paramount Pictures Corporation, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|
| Lynnie Fahey | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**   IN CHAMBERS ORDER

  The Court has received the parties' Joint Stipulation Regarding Modification of Hearing Date (Docket No. 92), in which the parties seek to continue the hearing on the parties' Motions for Summary Judgment and related Motions to Strike and Exclude Evidence from January 8, 2024, to a date later that week to accommodate plaintiffs' counsel's vacation.  The parties had stipulated to the January 8, 2024 hearing date on December 16, 2023.  It therefore appears that plaintiffs' counsel either stipulated to continue the hearing date to a day on which he already had scheduled a vacation or, in the two months after selecting a January 8, 2024 hearing date, booked a vacation that conflicted with that hearing date and then expected the Court to accommodate that choice.  In either event, plaintiffs' counsel's second request to continue the hearing date to accommodate his vacation plans has unnecessarily taxed the Court's limited resources by forcing the Court to review and consider a second stipulation.  The Court vacates the January 8, 2024 hearing date and takes the pending Motions under submission.  Once the Court completes its review of the pending Motions, the Court will either resolve the Motions without a hearing, <u>see</u> Fed. R. Civ. P. 78, or notify the parties of the new hearing date should the Court conclude that oral argument would assist it in resolving the Motions.

  IT IS SO ORDERED.