Molly M. Lens (S.B. #283867)
mlens@omm.com
Matthew Kaiser (S.B. #304714)
mkaiser@omm.com
Danielle R. Feuer (S.B. #324174)
dfeuer@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

*Attorneys for Paramount Pictures
Corporation*

Marc Toberoff (S.B. #188547)
*mtoberoff@toberoffandassociates.com*
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

Alex Kozinski (S.B. #66473)
*alex@kozinski.com*
719 Yarmouth Rd, Suite 101
Palos Verdes Estates, CA 90274
Telephone: (310) 541-5885
Facsimile: (310) 265-4653

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

SHOSH YONAY, an individual, and
YUVAL YONAY, an individual,

Plaintiffs,

v.

PARAMOUNT PICTURES
CORPORATION, a Delaware
corporation,

Defendant.

Case No. 2:22-CV-3846-PA-GJS

**JOINT STIPULATION
REGARDING MODIFICATION
OF TRIAL AND PRETRIAL
DATES**

District Judge: Hon. Percy Anderson
Magistrate Judge: Hon. Gail J. Standish

1

**STIPULATION**

2       Plaintiffs Shosh Yonay and Yuval Yonay ("Plaintiffs") and Defendant

3   Paramount Pictures Corporation ("PPC" or "Defendant") (collectively, the

4   "Parties") stipulate as follows:

5       **WHEREAS**, in the initial scheduling order in this case, the Court

6   "order[ed] that discovery is to be bifurcated into liability and damages phases

7   and stay[ed] damages discovery until the Court rules on Defendant's anticipated

8   motion for summary judgment on liability, or until further order of the Court."

9   Dkt. 30 at 2.

10      **WHEREAS**, the Parties have filed cross-motions for summary judgment,

11  which are currently pending before the Court.

12      **WHEREAS**, the damages expert report deadline is currently set for

13  March 18, 2024, with rebuttal damages expert reports due on April 8, 2024, and

14  damages discovery is currently set to close on May 6, 2024.

15      **WHEREAS**, no trial schedule is currently set.

16      **WHEREAS**, the outcome of the Parties' cross-motions for summary

17  judgment will necessarily impact the nature and scope of damages discovery, if

18  any, and the analyses of the Parties' anticipated damages experts.

19      **WHEREAS**, damages discovery would involve a "high degree of

20  complexity" and disputes requiring court intervention, as "[o]ne of the most

21  difficult problems in the computation of profits for which the defendant is liable

22  arises when the infringing work inextricably intermingles noninfringing material

23  with plaintiff's protectable material."  *See Bassil v. Webster*, 2021 WL 1235258,

24  at *2-3 (C.D. Cal. Jan. 15, 2021).

25      **WHEREAS**, damages discovery further implicates Paramount Pictures'

26  sensitive and confidential financial information regarding the blockbuster movie,

27  *Top Gun: Maverick*.

28      **WHEREAS**, under the current schedule, damages discovery needs to

JOINT STIPULATION

1  commence immediately and prior to any ruling by the Court on the Parties'

2  cross-motions for summary judgment, as the Parties need to propound written

3  discovery requests, respond to those requests, resolve any disputes with respect

4  thereto, and conduct in-depth expert discovery.

5         **WHEREAS**, the requested modification to the case schedule will not

6  meaningfully delay the overall progress of the case and may actually increase

7  the efficient progression of the case.

8         Based on the foregoing, **IT IS HEREBY STIPULATED** by and between

9  the Parties, through their respective counsel of record, subject to the Court's

10  approval, that:

11         1.      The current damages discovery deadlines shall be continued by two

12  (2) months, such that the deadline to complete damages discovery shall be

13  continued to July 8, 2024, the damages expert report deadline shall be continued

14  to May 20, 2024, and the rebuttal damages expert report deadline shall be

15  continued to June 10, 2024.

16         2.      Following the resolution of the Parties' pending cross-motions for

17  summary judgment, to the extent necessary, the Parties shall promptly meet and

18  confer and submit a proposed schedule for the balance of the schedule.

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION

1   Date: January 25, 2024

2

3

**O'MELVENY & MYERS LLP**

By: _____/s/ Molly M. Lens_____
Molly M. Lens

4

5

6

7

8

9

10

Molly M. Lens
mlens@omm.com
Matthew Kaiser
mkaiser@omm.com
Danielle Feuer
dfeuer@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

11

12

13

*Attorneys for Paramount Pictures
Corporation*

14

15   Date: January 25, 2024

16

17

**TOBEROFF & ASSOCIATES, P.C.**

By: _____/s/ Marc Toberoff_____
Marc Toberoff

18

19

20

21

Marc Toberoff
*mtoberoff@toberoffandassociates.com*
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333

22

*Attorneys for Plaintiffs*

23

24

25

26

27

28

1

## SIGNATURE ATTESTATION

2        Pursuant to CACD Local Rule 5-4.3.4(a)(2)(i), I certify that I have obtained

3  authorization to file this document from the other signatories to this document and

4  that all other signatories have authorized placement of their electronic signature

5  on this document.

6

7  Date: January 25, 2024          **O'MELVENY & MYERS LLP**

8

9                                  By: _____*/s/ Molly M. Lens*_____
                                           Molly M. Lens

10

11                                 Molly M. Lens
                                   mlens@omm.com
12                                 Matthew Kaiser
                                   mkaiser@omm.com
13                                 Danielle Feuer
                                   dfeuer@omm.com
14                                 1999 Avenue of the Stars, 8th Floor
                                   Los Angeles, California 90067
15                                 Telephone: (310) 553-6700
                                   Facsimile: (310) 246-6779
16

17

18                                 *Attorneys for Paramount Pictures*
                                   *Corporation*
19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION