1
2
3
4

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOSH YONAY, an individual, and YUVAL YONAY, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>PARAMOUNT PICTURES CORPORATION, a Delaware corporation,<br><br>    Defendant. | Case No. 2:22-CV-3846-PA-GJS<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING MODIFICATION OF TRIAL AND PRETRIAL DATES**<br><br>District Judge: Hon. Percy Anderson<br>Magistrate Judge: Hon. Gail J. Standish |

[PROPOSED] ORDER

**[PROPOSED] ORDER**

The Court has reviewed and considered the Parties' Joint Stipulation for an order modifying the pretrial schedule. The Court hereby **GRANTS** the Joint Stipulation and **ORDERS** as follows:

1. The deadline to complete damages discovery shall be continued to July 8, 2024, the damages expert report deadline shall be continued to May 20, 2024, and the rebuttal damages expert report deadline shall be continued to June 10, 2024.

2. Following the resolution of the Parties' pending cross-motions for summary judgment, to the extent necessary, the Parties shall promptly meet and confer and submit a proposed schedule for the balance of the schedule.

**IT IS SO ORDERED.**

Dated: _____, 2024            _____
                                              Hon. Percy Anderson
                                              United States District Judge