# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOSH YONAY, an individual, and YUVAL YONAY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PARAMOUNT PICTURES CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. 2:22-CV-3846-PA-GJS<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING MODIFICATION OF TRIAL AND PRETRIAL DATES**<br><br>District Judge: Hon. Percy Anderson<br>Magistrate Judge: Hon. Gail J. Standish |

[PROPOSED] ORDER

# ORDER

The Court has reviewed and considered the Parties' Joint Stipulation for an order modifying the pretrial schedule. The Court hereby **GRANTS** the Joint Stipulation[1] and **ORDERS** as follows:

1. The deadline to complete damages discovery shall be continued to August 26, 2024, the damages expert report deadline shall be continued to July 8, 2024, and the rebuttal damages expert report deadline shall be continued to July 29, 2024.

2. Following the resolution of the Parties' pending cross-motions for summary judgment, to the extent necessary, the Parties shall promptly meet and confer and submit a proposed schedule for the balance of the case schedule.

**IT IS SO ORDERED.**

Dated: March 4, 2024

_____
Percy Anderson
United States District Judge

---

[1] The Parties' previous Stipulation filed on January 25, 2024 (Dkt. 99) is therefore **MOOT**.