Bruce Isaacs, Esq.
Signature Resolution
633 West 5th St.
Suite 1000
Los Angeles, CA 90071

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sosh and Yuval Yonay <br><br> Plaintiff(s) <br> v. <br><br> Paramount Pictures Corp. <br><br> Defendant(s). | **CASE NUMBER** <br><br> CV 22-3846 PA (GJSx) <br><br> **MEDIATION REPORT** |

*Instructions: The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. ☑ A mediation was held on (date): March 6, 2024 .

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☑ Appeared as required by Civil L.R. 16-15.5(b).
   ☐ Did not appear as required by Civil L.R. 16-15.5(b).
   　　☐ Plaintiff or plaintiff's representative failed to appear.
   　　☐ Defendant or defendant's representative failed to appear.
   　　☐ Other:

3. Did the case settle?

   ☐ Yes, fully, on _____ (date).
   ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ Yes, partially, and further facilitated discussions are **not** expected.
   ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☑ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties? _____ .

Dated: March 6, 2024

_____
Signature of Mediator
Bruce Isaacs
Name of Mediator (print)

The Mediator is to electronically file original document.