**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOSH YONAY and YUVAL YONAY, | No.  CV 22-3846 PA (GJSx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| PARAMOUNT PICTURES CORPORATION, | |
| Defendant. | |

In accordance with the Court's April 5, Minute Order granting the Motion for Summary Judgment filed by defendant Paramount Pictures Corporation ("Defendant"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.    Defendant is entitled to summary judgment on plaintiffs Shosh Yonay and Yuval Yonay's (collectively, "Plaintiffs") claims for breach of contract, declaratory relief, and copyright infringement; and

2.    Plaintiffs shall take nothing and Defendant shall have its costs of suit.

The Clerk is ordered to enter this Judgment.

DATED: April 5, 2024

_____
Percy Anderson
United States District Judge